IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>FEDEX CORPORATION,<br><br>      Defendant.<br>_____/ | No. C 04-00098 SI<br>(Related Case No. C 04-0099 SI)<br><br>**ORDER CONTINUING JUNE 24, 2005 HEARING AND SETTING TELEPHONE CONFERENCE** |

On June 22, 2005, plaintiffs' counsel filed a request for continuance of the June 24, 2005 hearing on defendant's motions for summary judgment as to Lasonia Walker, Pernell Evans, Tanda Brown, and Kevin Neely. Defense counsel has informed the Court that they do not object to this continuance. The Court hereby VACATES the June 24, 2005 hearing and re-sets the motions for Friday, July 1, 2005, at 9:00 a.m. In addition, to address an outstanding discovery dispute between the parties regarding the Court's May 24, 2005 Order, the Court sets a telephone status conference for **Monday, June 27, 2005, at 2:30 p.m.**

**IT IS SO ORDERED.**

Dated: 6/23/05

                                                                S/Susan Illston
                                                                SUSAN ILLSTON
                                                                United States District Judge