UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
AMENDED
CIVIL PRETRIAL MINUTES

Date: 7/15/05

Case No.   C-04-3842.e SI            Judge:  SUSAN ILLSTON

Title: MICHAEL KREUTZER -v- MITCH KATZ

Attorneys: Sorgen          Howzell

Deputy Clerk:  Tracy Sutton   Court Reporter: none

### PROCEEDINGS

1)  Further Case Management Conference - HELD

2)  _____

3)  _____

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                         PART

Case continued to **10/25/05 @ 9:00 A.M.**  Motion cutoff date (advanced from 10/28)

Case continued to

Case continued to

ORDERED AFTER HEARING:
The Court will discuss further mediation/settlement at the next hearing.