**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 7/20/05

Case No.   C-04-0098 & C-04-0099 SI             Judge:   SUSAN ILLSTON

Title: Alvarado/White -v- FedEx

Attorneys: none

Deputy Clerk:   Tracy Sutton   Court Reporter: none

**PROCEEDINGS**

1)   ORDER RE: DISCOVERY DISPUTE
2)
3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

ORDERED:
Regarding the letter briefs filed by plaintiffs' counsel on July 10, 2005, and defense counsel on July 13, 2005, it appears that defendant has produced documents requested by plaintiffs in compliance with the Court's order and has made available for inspection, pursuant to Fed. R. Civ. P. 34(b), "all personnel files of hourly and management employees (not already produced)" from which plaintiffs seek discovery.  The Court considers this an acceptable method of production for these files, and accordingly DENIES plaintiffs' request for intervention at this time.