IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>FEDEX CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 04-00098 SI<br><br>**ORDER RE: DEFENDANT'S MOTION TO COMPEL FURTHER DEPOSITIONS OF PLAINTIFFS DUENAS AND MUNOZ** |

By letter briefs submitted June 9 and August 1, 2005, defendant asks the Court to enter an order compelling further depositions of plaintiffs Bertha Duenas and Sandra Munoz, for two hours each, and for sanctions, costs, and fees. Plaintiffs have apparently not filed an opposition to this motion. According to defendant, plaintiffs' counsel represented to the Court during a status conference on June 27, 2005, that they would work with defendant to resolve this dispute, but they have since refused to produce plaintiff Munoz for continued deposition and agreed to produce Duenas for only 30 minutes.

The Court hereby ORDERS plaintiffs to produce Duenas and Munoz for two hours each of further deposition, **on or before August 31, 2005**. Defendant's request for sanctions and fees is DENIED.

**IT IS SO ORDERED.**

Dated: August 22, 2005

SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al., | No. C 04-00098 SI |
| Plaintiffs, | **ORDER RE: DEFENDANT'S MOTION TO COMPEL FURTHER DEPOSITIONS OF PLAINTIFFS DUENAS AND MUNOZ** |
| v. | |
| FEDEX CORPORATION, | |
| Defendant. | |

By letter briefs submitted June 9 and August 1, 2005, defendant asks the Court to enter an order compelling further depositions of plaintiffs Bertha Duenas and Sandra Munoz, for two hours each, and for sanctions, costs, and fees. Plaintiffs have apparently not filed an opposition to this motion. According to defendant, plaintiffs' counsel represented to the Court during a status conference on June 27, 2005, that they would work with defendant to resolve this dispute, but they have since refused to produce plaintiff Munoz for continued deposition and agreed to produce Duenas for only 30 minutes.

The Court hereby ORDERS plaintiffs to produce Duenas and Munoz for two hours each of further deposition, **on or before August 31, 2005**. Defendant's request for sanctions and fees is DENIED.

**IT IS SO ORDERED.**

Dated: August 22, 2005

SUSAN ILLSTON
United States District Judge