IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FEDEX CORPORATION,<br><br>　　　　Defendant.<br>_____ / | No. C 04-0098 SI<br>(Related Case No. C-0099 SI)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE MOTION FOR SUMMARY JUDGMENT OUT OF TIME AS TO PLAINTIFF EDWARD ALVARADO** |

　　　　Defendant's Motion for Administrative Relief to File Motion for Summary Judgment Out of Time as to Plaintiff Edward Alvarado is GRANTED, and the motion filed September 6, 2005 shall be accepted. The motion is set for hearing on October 25, 2005 at 9:00 a.m. The parties' opposition and reply papers shall be filed in accordance with Civil Local Rule 7-3.

　　　　**IT IS SO ORDERED.**

Dated: September ___, 2005

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge