UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al., | No. C 04-00098 SI |
| Plaintiffs, | (Related Case No. C 04-0099 SI) |
| v. | **ORDER GRANTING PLAINTIFFS' REQUEST TO EXTEND TIME TO FILE** |
| FEDEX CORPORATION, | |
| Defendant.                                / | |

    By letter dated September 14, 2005 (docket # 233) plaintiffs seek an extension to October 4, 2005, of their deadline to file opposition memoranda to the pending motions for summary judgment. That request is GRANTED. Defendants' corresponding request (document #234) to have 10 days in which to file their reply memoranda is likewise GRANTED. Those motions are set for hearing on October 25, 2005.

    **IT IS SO ORDERED.**

Dated: September 15, 2005

                                                           SUSAN ILLSTON
                                                           United States District Judge