IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>FEDEX CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 04-00098 SI<br>No. C 04-00099 SI<br><br>**ORDER DENYING PLAINTIFFS' REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |

By letter filed October 17, 2005, plaintiffs Alexander Rivera, Dyronn Theodore and Gary White request dismissal without prejudice. Plaintiffs state that they wish to participate in the pending class action, *Satchell et al. v. FedEx Corporation*, 03-2659 SI. Defendant opposes the request.

The Court hereby DENIES plaintiffs' request. Plaintiffs filed their individual actions after the *Satchell* class action was filed, and thus made the choice to pursue individual litigation outside the class context. Considerable discovery has already taken place in the individual actions, and the parties have extensively briefed summary judgment motions with respect to all three plaintiffs. Oral argument on defendant's motion for summary judgment on plaintiff Theodore is scheduled for November 10, 2005, and oral argument on the motions with respect to plaintiffs White and Rivera is scheduled for November 21, 2005.

Dismissal under Federal Rule of Civil Procedure 41(a)(2) is committed to the "sound discretion" of the Court. *Stevedoring Servs. of America v. Armilla Intern. B.V.*, 889 F.2d 919, 921 (9th Cir. 1989). Plaintiffs have provided no persuasive reason for dismissal without prejudice at this advanced stage of the litigation, and the Court concludes that dismissal without prejudice would be unfair to defendant. *See id.*

Accordingly, plaintiffs' request for dismissal without prejudice is DENIED. [# 298].

**IT IS SO ORDERED.**

Dated: October 18, 2005

SUSAN ILLSTON
United States District Judge

<div style="font-variant: small-caps">United States District Court</div>
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al.<br><br>  Plaintiffs,<br><br>  v.<br><br>FEDEX CORPORATION,<br><br>  Defendant. | No. C 04-00098 SI<br>No. C 04-00099 SI<br><br>**ORDER DENYING PLAINTIFFS' REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |

By letter filed October 17, 2005, plaintiffs Alexander Rivera, Dyronn Theodore and Gary White request dismissal without prejudice. Plaintiffs state that they wish to participate in the pending class action, *Satchell et al. v. FedEx Corporation*, 03-2659 SI. Defendant opposes the request.

The Court hereby DENIES plaintiffs' request. Plaintiffs filed their individual actions after the *Satchell* class action was filed, and thus made the choice to pursue individual litigation outside the class context. Considerable discovery has already taken place in the individual actions, and the parties have extensively briefed summary judgment motions with respect to all three plaintiffs. Oral argument on defendant's motion for summary judgment on plaintiff Theodore is scheduled for November 10, 2005, and oral argument on the motions with respect to plaintiffs White and Rivera is scheduled for November 21, 2005.

Dismissal under Federal Rule of Civil Procedure 41(a)(2) is committed to the "sound discretion" of the Court. *Stevedoring Servs. of America v. Armilla Intern. B.V.*, 889 F.2d 919, 921 (9th Cir. 1989). Plaintiffs have provided no persuasive reason for dismissal without prejudice at this advanced stage of the litigation, and the Court concludes that dismissal without prejudice would be unfair to defendant. *See id*.

Accordingly, plaintiffs' request for dismissal without prejudice is DENIED. [# 298].

1 **IT IS SO ORDERED.**

3 Dated: October 18, 2005

SUSAN ILLSTON
United States District Judge