December 28, 2005

Hon. Susan Illston
United States District Court
450 Golden Gate Avenue, 19th Floor
San Francisco, California  94102

    RE: **Alvarado v. FedEx C-04-0098 - SI**
      **White, et al. v. FedEx C-04-0099 - SI**

      **Joint Submission by Counsel for Extension of time to file Pretrial Statement**

Dear Judge Illston:

The parties and their counsel jointly submit this request for a short extension of time to file the Joint Pretrial Statement which is currently due December 30, 2005.  The parties request an extension up to and including Monday, January 9, 2006.

 Depending on the Court's ruling on the pending summary judgment motions, a trial could involve up to thirteen (13) different plaintiffs.  Based on the number of plaintiffs, claims, different locations and witnesses, we simply do no have enough time.  Additional time is needed by the parties on the assumption that all thirteen cases will go forward.   For Mr. Douglas holiday vacation scheduling also was a factor.   The parties simply cannot adequately put forth a good faith effort to comply with the Court's pretrial instructions for thirteen (13) plaintiffs by December 30.

Sincerely,

/s/ Waukeen McCoy               /s/ Frederick Douglas
_____         _____
Waukeen Q. McCoy                Fredrick Douglas

