KAY McKENZIE PARKER (State Bar No. 143140)
LAW OFFICES OF KAY McKENZIE PARKER
703 Market Street, Suite 1401
San Francisco, California 94103
Telephone: (415) 227-9622
Facsimile: (415) 227-4522

Attorney for Plaintiff
EDWARD ALVARADO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al., <br> Plaintiffs, <br> vs. <br> FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS, <br> Defendant. | CASE NO: C 04-0098 SI <br><br> NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF EDWARD ALVARADO |

TO THE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiff EDWARD ALVARADO has substituted counsel KAY McKENZIE PARKER (SBN 143140), LAW OFFICES OF KAY McKENZIE PARKER, 703 Market Street, Suite 1401, San Francisco, CA 94103 Tel. (415) 227-9622, Fax (415) 227-4522, E-mail: kaymparker@earthlink.net as his sole attorney, thereby dismissing the representation of attorney Waukeen Q. McCoy (SBN 168228) and The Law Offices of Waukeen Q. McCoy from the individual case of Edward Alvarado vs. FedEx. The substitution and dismissal are effective immediately.

Respectfully submitted,

1

NOTICE OF SUBSTITUTION OF COUNSEL
FOR PLAINTIFF EDWARD ALVARADO
CASE NO. C 04-0098 SI

1  Date: April 20, 2006                    LAW OFFICES OF KAY McKENZIE PARKER
2
3                                          *Kay McKenzie Parker*
4                                          KAY McKENZIE PARKER
5
6                              CERTIFICATE OF EDWARD ALVARADO
7     I, EDWARD ALVARADO, hereby declare under penalty of perjury that the information
8  contained in this Notice of Substitution of Counsel is true and correct and that if called to testify
9  regarding this matter, I would testify to these same facts.
10
11 Date: April 20, 2006
12                                          EDWARD ALVARADO, Plaintiff
13                                                       4/20/06
14
15
16
17
18                           
19
20                           IT IS SO ORDERED
21                           Judge Susan Illston
22
23
24
25
26
27
28

2                                                    NOTICE OF SUBSTITUTION OF COUNSEL
                                                     FOR PLAINTIFF EDWARD ALVARADO
                                                     CASE NO. C 04-0098 SI