1  WAUKEEN Q. McCOY (SBN: 168228)
   LAW OFFICES OF WAUKEEN Q. McCOY
2  703 Market Street, Suite 1407
   San Francisco, California 94103
3  Telephone (415) 675-7705
   Facsimile (415) 675-2530
4

5  Attorneys for Plaintiffs

6

7                   UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10

11 EDWARD ALVARADO, et al,           )  Case No. C-04-0098 SI
                                     )
12              Plaintiffs,          )
                                     )  **PLAINTIFF EDWARD ALVARADO'S
13       v.                          )  WITHDRAWL OF OPPOSITION FILED
                                     )  4/26/06 AND [PROPOSED] ORDER
14                                   )  STRIKING DOCKET NUMBER 392
   FEDEX CORPORATION, a Delaware     )  FROM THE RECORD AND
15 corporation, dba FEDEX EXPRESS,   )  INCORPORATED DECLARATION IN
                                     )  SUPPORT**
16                                   )
                Defendant.           )
17                                   )
                                     )
18 ──────────────────────────────────)  **HONORABLE SUSAN ILLSTON**
                                     )
19                                   )
                                     )
20                                   )
                                     )
21                                   )
                                     )
22                                   )
                                     )
23                                   )
                                     )
24                                   )
                                     )
25                                   )

26

27

28                                   1
   **PLAINTIFF EDWARD ALVARADO'S WITHDRAWL
   OF OPPOSITION FILED 4/26/06 DOCKET NUMBER 392**
                                          CASE NO. C04 -- 0098 SI

DENIED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  WHEREAS, on April 21, 2006, the court issued an Order per Plaintiff Edward Alvarado's request to terminate Waukeen McCoy as counsel of record, and retain only Kay McKenzie Parker as his only attorney of record in the matter <u>Alvarado et al v. FedEx</u> C04-0098.

WHEREAS, on April 21, 2006, Mr. Alvarado then terminated Ms. McKenzie Parker's representation and by letter reinstated Mr. McCoy as his only attorney of record in the matter <u>Alvarado et al v. FedEx</u> C04-0098.  A true and correct copy of this letter is attached as Exhibit A.  Additionally, Plaintiff Alvarado has filed Docket number 393 entitled NOTICE OF TERMINATION OF REPRESENTATION AND [PROPOSED] ORDER REINSTATING / SUBSTITUTING WAUKEEN McCOY AS ATTORNEY OF RECORD FOR PLAINTIFF EDWARD ALVARADO.

WHEREAS, on April 26, 2006 Ms. McKenzie Parker filed docket number 392 entitled "PLAINTIFF EDWARD ALVARADO'S BRIEF RE: SEVERANCE OF PLAINTIFFS."

WHEREAS, Plaintiff's time to file an Opposition to Defendant's Motion does not expire until April 28, 2006

Mr. Alvarado hereby **withdraws** Ms. McKenzie Parker's filing (Docket number 392) and requests the court to issue an order striking that document from the record.  Plaintiff Alvarado will join in the Opposition to be filed by the other C04-0098 plaintiffs on Friday, April 28th 2006.

I declare I have personal knowledge of the above stated facts.

DATED April 27, 2006                          LAW OFFICES OF WAUKEEN MCCOY

                                                                  /s/
                                                Waukeen McCoy
                                        Attorney For Plaintiff Edward Alvarado

2

**PLAINTIFF EDWARD ALVARADO'S WITHDRAWL OF OPPOSITION FILED 4/26/06 DOCKET NUMBER 392**

CASE NO. C04 – 0098 SI

# **PROPOSED ORDER**

IT IS HEREBY ORDERED:

That Docket number 392 is stricken from the record and that Mr. Alvarado shall be allowed to join in the Opposition to be filed by the Plaintiffs in C04-0098 on Friday April 28, 2006.

DATED: _____, 2006

_____
Honorable Susan Illston
U.S. District Judge, Northern District CA

3

PLAINTIFF EDWARD ALVARADO'S WITHDRAWL
OF OPPOSITION FILED 4/26/06 DOCKET NUMBER 392

CASE NO. C04 – 0098 SI

# EXHIBIT A

I, Edward C. Alvarado, request to terminate the services of Ms. Mckenzie Parker as my attorney. I am requesting that Waukeen Q. McCoy be the attorney representing my case against Fed Ex. This request supercedes the one I signed on 4/20/06 terminating Mr. McCoy.

Signed............................................

Date.........4/21/06..........................