IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO et al., | No. C 04-0098 SI |
| Plaintiffs, | Related Case No. C 04-0099 SI |
| v. | **ORDER RE: REPRESENTATION OF PLAINTIFFS** |
| FEDEX CORPORATION, | |
| Defendant. | |

The Court has received conflicting submissions from plaintiffs and counsel regarding who is representing the remaining plaintiffs in this action. Due to the confused state of the record, the Court hereby orders as follows: Docket Nos. 397, 398 and 400 (all filed under seal) are REMOVED from the file and shall be returned to Ms. Parker; Docket Nos. 381-389 and 393 are REMOVED from the file and shall be returned to Mr. McCoy.

The Court further orders that by **June 2, 2006**, each individual plaintiff who remains in this action (Alvarado, Neely, Evans, Brown, Walker, Lewis, Duenas, Theodore, and Boswell) shall file a statement with the Court regarding who they wish to represent them. The statement shall not be filed under seal. To the extent that plaintiffs' counsel have disputes between themselves, that is not a matter for this Court to resolve, and the plaintiffs' statements shall not address those issues. Mr. McCoy and Ms. Parker are directed to resolve any such issues through the State Bar, the state courts, and/or private mediation.

**IT IS SO ORDERED.**

Dated: May 19, 2006

SUSAN ILLSTON
United States District Judge