IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY WHITE et al., | No. C 04-0099 SI |
| Plaintiffs, | Related Case No. 04-0098 SI |
| v. | **ORDER RE: REPRESENTATION OF PLAINTIFF RIVERA** |
| FEDEX CORPORATION et al., | |
| Defendants. | |

The Court has received conflicting submissions from plaintiff Rivera and the plaintiffs in *Alvarado et al. v. FedEx*, C 04-0098 SI, regarding who is representing the remaining plaintiffs in these actions. Due to the confused state of the record, the Court hereby orders that Docket No. 233 shall be REMOVED from the file and returned to Mr. McCoy.

The Court further orders that by **June 2, 2006**, plaintiff Rivera shall file a statement with the Court regarding who he wishes to represent him. The statement shall not be filed under seal. To the extent that plaintiffs' counsel have disputes between themselves, that is not a matter for this Court to resolve, and plaintiff's statement shall not address those issues. Mr. McCoy and Ms. Parker are directed to resolve any such issues through the State Bar, the state courts, and/or private mediation.

**IT IS SO ORDERED.**

Dated: May 19, 2006

SUSAN ILLSTON
United States District Judge