IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al., | No. C 04-0098 SI, No. C 04-0099 SI |
| Plaintiffs, | Related Case No. C 03-2659 SI |
| v. | **ORDER DENYING DEFENDANT'S REQUEST TO INTERVIEW** *SATCHELL* **CLASS MEMBERS** |
| FEDEX CORPORATION, | |
| Defendant. | |

By letter dated June 1, 2006, defendant requested permission to interview individuals who are class members in *Satchell v. FedEx Corporation*, No. C 03-2659 SI, in order to assist defendant's preparation for trial in *Alvarado, et al. v. FedEx Corporation*. The Court denied this request at the June 9, 2006 case management conference on the ground that fact discovery has long since closed. After this conference, defendant submitted a further letter brief on June 12, 2006, on this issue. The Court again DENIES defendant's request. (Docket Nos. 408, 421 in C 04-0098 SI).

**IT IS SO ORDERED.**

Dated: June 27, 2006

SUSAN ILLSTON
United States District Judge