1  WAUKEEN Q. McCOY (SBN: 168228)
   LAW OFFICES OF WAUKEEN Q. McCOY
2  703 Market Street, Suite 1407
   San Francisco, California 94103
3  Telephone (415) 675-7705
   Facsimile (415) 675-2530
4

5  Attorneys for Plaintiffs

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10
11 EDWARD ALVARADO, et al,            )  Case No. C-04-0098 SI
                                      )
12         Plaintiffs,                )
                                      )  **NOTICE OF TERMINATION OF**
       v.                             )  **ATTORNEY KAY MCKENZIE PARKER**
13                                    )  **BY PLAINTIFF KEVIN NEELY AND**
                                      )  **[PROPOSED] ORDER**
14 FEDEX CORPORATION, a Delaware      )
   corporation, dba FEDEX EXPRESS,    )
15                                    )
                                      )  **HONORABLE SUSAN ILLSTON**
16         Defendant.                 )
                                      )
17 _____  )
                                      )
18                                    )
                                      )
19                                    )
                                      )
20                                    )
                                      )
21                                    )
                                      )
22                                    )
                                      )
23                                    )
                                      )
24                                    )
                                      )
25

26
27
28
                                         1
   TERMINATION OF REPRESENTATION                         CASE NO. C04 – 0098 SI

I, a Plaintiff in the matter <u>Alvarado, *et al* v. FedEx</u>, hereby terminate Kay McKenzie Parker as my attorney of record in this matter. Ms. McKenzie Parker's business address is 703 Market Street, Suite 1401 San Francisco, CA 94103. From this date forward, my only attorney of record in this case is Waukeen McCoy, and the Law Offices of Waukeen Q McCoy at 703 Market St, Suite 1407, San Francisco, CA 94103 Please allow the court docket to reflect this fact.

DATED: 5-29-06                                              _____
                                                             Kevin Neely

IT IS HEREBY ORDERED:

The record shall reflect that Plaintiffs attorney of record is Waukeen Q. McCoy. .Plaintiffs request to terminate Kay McKenzie Parker as counsel is granted.

DATED: _____, 2006              _____
                                                             Honorable Susan Illston
                                                             U.S. District Judge, Northern District CA

2

TERMINATION OF REPRESENTATION                                CASE NO. C04 – 0098 SI