WAUKEEN Q. McCOY (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1407
San Francisco, California 94103
Telephone (415) 675-7705
Facsimile (415) 675-2530

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al, <br><br> Plaintiffs, <br><br> v. <br><br> FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS, <br><br> Defendant. | Case No. C-04-0098 SI <br><br> **NOTICE OF TERMINATION OF ATTORNEY KAY MCKENZIE PARKER BY PLAINTIFF PERNELL EVANS AND [PROPOSED] ORDER** <br><br> **HONORABLE SUSAN ILLSTON** |

TERMINATION OF REPRESENTATION                              CASE NO. C04 – 0098 SI

1

1  I, a Plaintiff in the matter <u>Alvarado, *et al* v. FedEx</u>, hereby terminate Kay McKenzie
2  Parker as my attorney of record in this matter. Ms. McKenzie Parker's business address is 703
3  Market Street, Suite 1401 San Francisco, CA 94103. From this date forward, my only attorney
4
5  of record in this case is Waukeen McCoy, and the Law Offices of Waukeen Q McCoy at 703
6  Market St, Suite 1407, San Francisco, CA 94103 Please allow the court docket to reflect this
7  fact.

DATED: 5/29/06

*Pernell Evans*
Pernell Evans

IT IS HEREBY ORDERED:

The record shall reflect that Plaintiffs attorney of record is Waukeen Q. McCoy. .Plaintiffs request to terminate Kay McKenzie Parker as counsel is granted.

DATED: _____, 2006

*Susan Illston*
Honorable Susan Illston
U.S. District Judge, Northern District CA

TERMINATION OF REPRESENTATION          2          CASE NO. C04 – 0098 SI