WAUKEEN Q. McCOY (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1407
San Francisco, California 94103
Telephone (415) 675-7705
Facsimile (415) 675-2530

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al, | Case No. C-04-0098 SI |
| Plaintiffs, | |
| v. | **NOTICE OF TERMINATION OF ATTORNEY KAY MCKENZIE PARKER BY PLAINTIFF EDWARD ALVARADO AND [PROPOSED] ORDER** |
| FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS, | |
| Defendant. | **HONORABLE SUSAN ILLSTON** |

TERMINATION OF REPRESENTATION          1          CASE NO. C04 – 0098 SI

1  I, a Plaintiff in the matter <u>Alvarado, et al</u> v. FedEx, hereby terminate Kay McKenzie
2  Parker as my attorney of record in this matter. Ms. McKenzie Parker's business address is 703
3  Market Street, Suite 1401 San Francisco, CA 94103. From this date forward, my only attorney
4  of record in this case is Waukeen McCoy, and the Law Offices of Waukeen Q McCoy at 703
5
6  Market St, Suite 1407, San Francisco, CA 94103 Please allow the court docket to reflect this
7  fact.

9  DATED: 5/31/06
10                                              Edward Alvarado

13  IT IS HEREBY ORDERED:
14  The record shall reflect that Plaintiffs attorney of record is Waukeen Q. McCoy.
15  .Plaintiffs request to terminate Kay McKenzie Parker as counsel is granted.

18  DATED: _____, 2006
19                                              Honorable Susan Illston
                                                U.S. District Judge, Northern District CA