WAUKEEN Q. McCOY (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1407
San Francisco, California 94103
Telephone (415) 675-7705
Facsimile (415) 675-2530

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al, <br><br> Plaintiffs, <br><br> v. <br><br> FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS, <br><br> Defendant. | Case No. C-04-0098 SI <br><br> **NOTICE OF TERMINATION OF ATTORNEY KAY MCKENZIE PARKER BY PLAINTIFF LASONIA WALKER AND [PROPOSED] ORDER** <br><br> **HONORABLE SUSAN ILLSTON** |

TERMINATION OF REPRESENTATION  1  CASE NO. C04 – 0098 SI

I, a Plaintiff in the matter <u>Alvarado, *et al* v. FedEx</u>, hereby terminate Kay McKenzie Parker as my attorney of record in this matter. Ms. McKenzie Parker's business address is 703 Market Street, Suite 1401 San Francisco, CA 94103. From this date forward, my only attorney of record in this case is Waukeen McCoy, and the Law Offices of Waukeen Q McCoy at 703 Market St, Suite 1407, San Francisco, CA 94103 Please allow the court docket to reflect this fact.

DATED: 5-27-06

_____
Lasonia Walker

IT IS HEREBY ORDERED:

The record shall reflect that Plaintiffs attorney of record is Waukeen Q. McCoy. .Plaintiffs request to terminate Kay McKenzie Parker as counsel is granted.

DATED: _____, 2006

_____
Honorable Susan Illston
U.S. District Judge, Northern District CA