WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCoy
One Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone (415) 675-7705
Facsimile (415) 675-2530

Attorneys for Plaintiff Edward Alvarado

UNITED STATES DISTRICT COURT

NORTHER DISTRICT

| | |
|---|---|
| EDWARD ALVARADO, | Case No.: 04-0098 SI |
| Plaintiff, | **PLAINTIFF ED ALVARADO'S PROPOSED JURY VERDICT FORM** |
| vs. | |
| FEDERAL EXPRESS, | **Date:  July 25, 2006** |
| Defendant. | **Time:  3:30 p.m.** |
| | **Courtroom 10** |
| | **Honorable Susan Illston** |

Plaintiff ED ALVARDO respectfully submit the following proposed jury verdict form:

Dated: July 20, 2006

LAW OFFICES OF WAUKEEN McCOY

/s/ Waukeen McCoy

_____

WAUKEEN McCOY, ESQ.

1

Plaintiff's Proposed Jury Verdict Form

Claims under the Fair Employment and Housing Act, 42 U.S.C. Section 1981, and Title VII – Intentional Discrimination.

    1.    Did Defendant discriminate against Plaintiff related to route assignments based on her race.

    2.    If you answered yes, please provide the damages:

    _____

Claim under the Fair Employment and Housing Act, Title VII – Retaliation

1. Did Defendant discriminate against Plaintiff by assigning Plaintiff to disadvantageous and high risk jobs or providing plaintiff with an unfair job evaluation, or not allowing Plaintiff reasonable lunch breaks, or changing his schedule without notice, or not allowing Plaintiff various accommodations for his prostate condition and back problems, for complaining of a legal protected right.

    2.    If you answered yes, please provide the damages:

    _____

Punitive Damages

    1.    Did Defendants act with either malice or oppression, or with reckless disregard to Plaintiff's rights in the workplace when they discriminated and/or retaliated against him in the workplace?

    2.    If you answered yes, please provide the damages.

    _____

Plaintiff's Proposed Jury Verdict Form