IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDEX CORPORATION, <br><br> Defendant. _____/ | No. C 04-0098 SI <br> Related Case C 04-0099 SI <br><br> **ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR PARTIAL RECONSIDERATION OF JUNE 27, 2006 ORDER** |

On July 20, 2005, plaintiffs filed a motion for leave to file a motion for partial reconsideration of the Court's June 27, 2006 order. Plaintiffs request that the Court reconsider its complete exclusion of plaintiffs' experts McPherson and Stephenson because, *inter alia*, portions of the December 29, 2005 expert reports were not "preliminary." Plaintiffs also argue that the severance of plaintiffs' trials is also a factor weighing in favor of allowing plaintiffs to present expert evidence and testimony from McPherson and Stephenson.

After review of plaintiffs' papers, the Court hereby GRANTS plaintiffs' motion as follows: plaintiffs are not precluded from relying on the non-preliminary portions of the December 29, 2005 reports prepared by McPherson and Stephenson, and McPherson's testimony thereon,[1] if (1) plaintiffs make McPherson available for further deposition prior to the pretrial conference in this case (see schedule below), and (2) the deposition and any trial testimony is limited *solely* to the non-preliminary damages figures contained in the December 2005 reports. Accordingly, in order to accommodate the need for such a deposition and conflicts in the Court's trial calendar, the July 25, 2006 pretrial

---

[1] It appears from the record in this case that only McPherson was deposed in December 2005.

conference is rescheduled to **August 15, 2006**, and the trial for plaintiff Alvarado is rescheduled to **August 28, 2006**. At the August 15, 2006 pretrial conference, the Court shall address any issues concerning the admissibility of Mr. McPherson's expert testimony.

**IT IS SO ORDERED.**

Dated: July 21, 2006

SUSAN ILLSTON
United States District Judge