UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, JOHN AZZAM, CHARLOTTE BOSWELL, TANDA BROWN, BERTHA DUENAS, PERNELL EVANS, CHARLES GIBBS, JANICE LEWIS, MARIA MUNOZ, KEVIN NEELY, LORE PAOGOFIE, DYRONN THEODORE, LASONIA WALKER and CHRISTOPHER WILKERSON,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS,<br><br>Defendant. | Case No. C04-0098 SI<br><br>**JOINT STIPULATION FOR ORDER GRANTING EXTENSION OF TIME TO SUBMIT PRETRIAL CONFERENCE STATEMENT AND FILINGS AS TO PLAINTIFF CHARLOTTE BOSWELL**<br><br>Judge: Hon. Susan Illston<br><br>Complaint Filed: January 9, 2004 |
| GARY WHITE, an individual, ALEXANDER RIVERA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX CORPORATION, et al.,<br>Defendants. | Case No. C04-0099 SI |

The parties, Plaintiff Charlotte Boswell, and Defendant Federal Express Corporation, stipulate and request an order by the court extending the time to comply with the Court's Pretrial Instructions and filing dates triggered by the Court's scheduling of a final pretrial conference date as to Plaintiff Boswell.

1. A final pretrial conference was held on August 15, 2006, for Plaintiff Edward Alvarado. Minute Entry, Doc. No. 251. The Court vacated the trial date for Plaintiff Kevin Neely to January 8, 2007. Id.

2. During the pretrial conference the Court indicated it would schedule a final pretrial conference for Plaintiff Charlotte Boswell for Tuesday, September 5. With a final pretrial conference scheduled for September 5, the Joint Stipulated Pretrial Conference Statement and corresponding filings are due, August 21, 2006.

3. The parties have not turned their attention to the *Boswell* trial and need additional time to prepare the required filings.

4. The parties' request an extension of time up to an including close of business, Thursday, August 31, 2006, to submit their Joint Stipulated Pretrial Conference Statement and corresponding filings as to the *Boswell* trial.

5. In addition to the relief requested in paragraph 4 above, the parties are in need of clarification as to the remaining trials and pretrial dates. It is the understanding of the parties that the Court will schedule "rolling" final pretrial conferences for the remaining trials in *Alvarado* and *White* matters which will trigger mandatory filings. The parties want to make sure they have a full understanding of the Court's pre-trial filing requirements going forward.

6. This paragraph 6 is not part of the stipulation entered into by Defendant. Plaintiffs will file a letter brief regarding suggestions for the Court's proposed "rolling" final pretrial conferences for the remaining trials in *Alvarado* and *White* for matters which trigger mandatory filings.

DATED: August 16, 2006                        FOR THE PLAINTIFF

                                              /s/Waukeen McCoy
                                         By_____
                                              Waukeen McCoy

| | |
|---|---|
| DATED: August 16, 2006 | FOR DEFENDANT FEDERAL EXPRESS CORPORATION |</br> | By  /s/Frederick L. Douglas </br>  Frederick L. Douglas </br>  Lead Counsel |

### **ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

_____
Susan Illston
United States District Court Judge

Doc. No. 612041