FEDERAL EXPRESS CORPORATION
Frederick L. Douglas (Admitted *Pro Hac Vice*)
David A. Billions (Admitted *Pro Hac Vice*)
Sandra C. Isom (SBN 157374)
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, Tennessee 38125-8800
Telephone: 901.434.8526
Facsimile: 901.434.9271

SEYFARTH SHAW LLP
Gilmore F. Diekmann, Jr. (SBN 050400)
Patricia H. Cullison (SBN 101636)
Francis J. Ortman, III (State Bar No.: 213202)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: 415.397.2823
Facsimile: 415.397.8549

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION,
dba FEDEX EXPRESS (erroneously sued herein as
FedEx Corporation, dba FedEx Express)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, JOHN AZZAM, CHARLOTTE BOSWELL, TANDA BROWN, BERTHA DUENAS, PERNELL EVANS, CHARLES GIBBS, JANICE LEWIS, MARIA MUNOZ, KEVIN NEELY, LORE PAOGOFIE, DYRONN THEODORE, LASONIA WALKER and CHRISTOPHER WILKERSON,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS,<br><br>Defendant. | Case No. C04-0098 SI<br><br>**DEFENDANTS' PROPOSED ORDER ALLOWING COURTROOM EQUIPMENT**<br><br>Judge: Hon. Susan Illston<br><br>Trial: September 11, 2006 |

Defendants' Proposed Order Allowing Courtroom Equipment, CASE NO. C04-0098 SI.

|     |                           |                                    |
| --- | ------------------------- | ---------------------------------- |
| 1   |                           | FEDERAL EXPRESS CORPORATION        |
| 2   |                           |                                    |
| 3   |                           | By: _____/s/_____            |
| 4   | DATED: August 28, 2006.   | Sandra C. Isom                     |
| 5   |                           | Senior Counsel                     |
|     |                           | Federal Express Corporation        |

Defendants' Proposed Order Allowing Courtroom Equipment, CASE NO. C04-0098 SI.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, JOHN AZZAM, CHARLOTTE BOSWELL, TANDA BROWN, BERTHA DUENAS, PERNELL EVANS, CHARLES GIBBS, JANICE LEWIS, MARIA MUNOZ, KEVIN NEELY, LORE PAOGOFIE, DYRONN THEODORE, LASONIA WALKER and CHRISTOPHER WILKERSON,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS,<br><br>Defendant. | Case No. C04-0098 SI<br><br>**ORDER ALLOWING COURTROOM EQUIPMENT**<br><br>Judge: Hon. Susan Illston<br><br>Trial: September 11, 2006 |

It is hereby Ordered that Counsel for the Defendants shall be allowed to utilize three (3) laptops and one (1) Elmo in the United States District Court Northern District of California for the trial in this cause.

The Trial Court Room Technology Set-Up Appointment will be scheduled for Tuesday, September 5, 2006 at 1:30 p.m.

Order Allowing Courtroom Equipment, CASE NO. C04-0098 SI.

DATED: August __, 2006.

By: /s/ Susan Illston
Honorable Judge Susan Illston

Doc. No. 613302

Order Allowing Courtroom Equipment, CASE NO. C04-0098 SI.

1