**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al., | No. C 04-00098 SI |
| Plaintiffs, | **ORDER RE: PUNITIVE DAMAGES PHASE** |
| v. | |
| FEDEX CORPORATION, | |
| Defendant. | |

This order addresses the punitive damages phase, scheduled for September 6, 2006. A plaintiff is not required to introduce evidence of defendant's financial condition in order to obtain punitive damages. *See Kemezey v. Peters*, 79 F.3d 33 (7th Cir. 1996). Defendant may, but is not required, to put on evidence of financial condition in opposition and/or mitigation of the punitive damages sought. *See Mason v. Oklahoma Turnpike Auth.*, 182 F.3d 1212 (10th Cir. 1999).

**IT IS SO ORDERED.**

Dated: September 5, 2006

SUSAN ILLSTON
United States District Judge