**TABLE OF CONTENTS**
**EXHIBITS**

| EX # | DECRIPTION |
|---|---|
| 1 | Offer Letter to Plaintiff dated July 14, 1994 |
| 2 | Offer Letter to Plaintiff dated Jan. 4, 1998 |
| 3 | Document with Paid Hours by Day for week ending April 18, 1998 |
| 4 | Letter of April 1999 from Plaintiff regarding two person route. |
| 5 | November 1999 letter from K. Roberts re unacceptable |
| 6 | Plaintiff's 12/16/98 Request For Redetermination of Disciplinary/Investigation… |
| 7 | November 22, 1999 letter from Plaintiff re Notice of disagreement of Discip ltr. |
| 8 | November 22, 1999 letter from Plaintiff to Kent Meiners re harassment, intimidation |
| 9 | Letter to K. Mieners re: Roberts by Plaintiff dated June 2000 regarding lunch breaks |
| 10 | Letter to K Roberts re schedule change |
| 11 | Handwritten note from Plaintiff to Robert Motter complaining about discrimination |
| 12 | DFEH Complaint dated May 16, 2001 re denial of accommodation for prostate condition |
| 13 | July 16, 2001 Performance Reminder from C. Walters |
| 14 | Undated Letter from Plaintiff to Tom Gradowski from the DFEH re Gary White |
| 15 | Memo from Senior Manager dated November 8, 2001 regarding minimum schedule |
| 16 | PRISM on line entries  Employee Couseling history screen |
| 17 | Shuttle Driver Job Description dated August 28, 1997 – R0069 |
| 18 | Nonexempt Job Description of Courier |
| 19 | Memo re Plaintiff's External EEO complaint |
| 20 | Handwritten Notes from HR regarding conversation with Motter re OAK route. (undated May 23, no year) |
| 21 | Plaintiff's Letter of Intent to Submit a job application to WebVan.Com, dated November of 1999 |
| 22 | Plaintiff's Progress Discussion Report dated February 23, 1999 |
| 23 | Notes re External EEO investigation dated June 14, 2001 |
| 24 | June 13, 2001 Bay Metro Accomodations |
| 25 | PRISM: Important Dates Screen re Plaintiff's Employment at FedEx |
| 26 | FEDEX JOB CODES |
| 27 | PRISM:  Employee History Information Screen at FedEx for Plaintiff |
| 28 | Performance Evaluations and Ratings of Plaintiff during his employment |
| 29 | Final Evaluation Check Rides Comment by Evaulator Genie Iderman, dated August 8, 2001 |
| 30 | Memorandum to Handlers re Job Description and Goals |
| 31 | PRISM:  Plaintiff's Performance Review Information Screen, which shows ratings from 2001-2003 |
| 32 | JCATs Posting For Plaintiff |
| 33 | Goals regarding Unloading Containers and Vehicles |
| 34 | June 6, 2002 PM Reload PreSort Notes for Devon Butler re Plainitff at Topside |
| 35 | June 11, 2002 DFEH Complaint against Gary Meek |
| 36 | Plaintiff's Complaint of Discrimination with Dept. of Fair Employment, dated December 10, 2002 |
| 37 | Letter to Mo, Ops. Manager re days taken away from Plaintiff, dated June 16, 2002 |
| 38 | Letter dated Aug. 9, 2002 from Plaintiff re sick pay |
| 39 | Letter to Louie Butler re Sick day pay |
| 40 | Letter to Ed Alvarado from Baker re medical absense pay dated 10/4/2002 |
| 41 | April 9, 2003 charge of discrimination filed with EEOC by Plaintiff charging continuing violation, retaliation |
| 42 | COA PM lineup |
| 43 | Plaintiff's On-Line  Performance Review July 14, 2003 |
| 44 | U.S. Hourly Rating Scale |
| 45 | Letter from Alvarado re Performance Evaluation dated July 24, 2003 |
| 46 | Letter from Holstein dated Aug. 30, 2004 |
| 47 | Letter from Deborah Baur, HR Advisor re Plaintiff's complaint of Discrimination |
| 48 | Plaintiff's Letter re Dispatch Transcripts |

| # | Description |
|---|---|
| 49 | PRISM screen showing Plaintiff's race, marital status |
| 50 | Letter from Plaintiff to Craig Diggle re Copy of Categories of Employment, June 7, 2004 |
| 51 | Plaintiff's High Blood Pressure Information |
| 52 | Medical Examination Report about Prostate Condition, received by FedEx in 1998 |
| 53 | Plaintiff's Primary Treating Physician's Progress Report re Injury |
| 54 | Employee Calendar Summary |
| 55 | Notes re Plaintiff's Slight Strain, dated August 2003 |
| 56 | Peoples Manual section 4-95, 5-5, 4-55, 5-55 |
| 57 | Employye Handbook work Schdules and Work assigments p 28 |
| 58 | Peoples Best Practices chap 5,8,15 |
| 59 | Letter to Craig Diggle from Ed 6/7/04 |
| 60 | Fedex Prism Couseling History 9/9/04 |
| 61 | Fedex The peoples Maual 4-20 Categories of Employment |
| 62 | Letters Between Ed Alvarado and Louie Butler dated 6/26/04 & 10/22/04 |
| 63 | Inter Office Memo with Err Date "3/2/2002004" & Photo |

To be redacted