WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Ste. 1407
San Francisco, California 94103
Telephone (415) 675-7705
Facsimile (415) 675-2530

Attorney for Plaintiff CHARLOTTE BOSWELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al, <br><br> Plaintiffs, <br><br> v. <br><br> FEDEX CORPORATION, <br><br> Defendants. | Case No. C04-0098-SI <br><br> **PLAINTIFF'S LIST OF WITNESSES** <br><br> **Date: October 10, 2006** <br><br> **Time: 3:30 p.m.** <br><br> **Judge: Hon. Susan Illston** |

1  Plaintiff Charlotte Boswell, pursuant to the Court's Pre-Trial Instructions hereby submit a
2  list of witnesses likely to be called at trial, other than solely for impeachment or rebuttal.

| WITNESSES | SUBSTANCE OF TESTIMONY |
|---|---|
| PEGGY REARDON | Human Resources Representative. Ms. Reardon had conversations with Plaintiff regarding her Discrimination Complaints against Stites. Ms. Reardon will testify to FedEx EEO Policies re harassment, retaliation, and discrimination. |
| SHARON MCNEIL | Human Resources Representative. Ms. McNeil had several conversations with Plaintiff regarding acts of Retaliation (her checks not given to her by Stites and delays). |
| NORMAN STITES | Mr. Stites is Plaintiff's Operation. Manager. Plaintiff has alleged that Mr. Stites discriminated against Plaintiff and retaliated against Plaintiff after she complained of harassment/discrimination. Stites will speak to the operations at the Edes Faciility in Oakland, job classifications of which Plaintiff worked. Stites will testify to others that he managed and harassed during his employment at FedEx. |
| Debbie Ingram | Ms. Ingram is a co-worker of Plaintiff, in the |

| | |
|---|---|
| | same classification as Plaintiff. Ms. Ingram will testify to that she worked at Fed Ex during the period in question in this case. Ms. Ingram will testify that Norman Stites, her manager, made sexual advances toward her and Plaintiff on numerous occasions, including during workgroup meetings. Ms. Ingram will testify that she and Plaintiff met Stites together and complained directly to him about his inappropriate sexual behavior. Ms. Ingram observed Stites kiss Plaintiff and Plaintiff pushed him away, this incident happened a couple of months before Plaintiff's resignation. Ms. Ingram will testify about a promotion given to her and questions and answers given to her by Stites for the job interview. Ms. Ingram also will testify as to inappropriate sexual E-mails sent by Stites to another female co-worker Jennifer Thomas. Ms. Ingram will testify as to Plaintiff's emotional distress. |
| Jennifer Thomas | Ms. Thomas is a co-worker of Plaintiff. Ms. Thomas will testify that she worked during the same period as Plaintiff, was sexually harassed |

| | |
|---|---|
| | by Norman Stites, and is a percipient witness to Plaintiff's treatment. |
| Jennifer Thomas' mother | Ms. Thomas will testify as to conversations that she had with Norman Stites and comments made about allegations that Stites Sexually harassed her daughter Jennifer Thomas |
| Doug Mino | Mr. Mino was a co-worker of Plaintiff. Mr. Mino was a percipient witness to the allegations of sexual harassment/discrimination toward Plaintiff. |
| Christine Marlow | Ms. Marlow is a co-worker of Plaintiff. Ms. Marlow will testify about favorable treatment, being mentored by Stites. |
| Romona Hadeley | Ms. Hadley was a co-worker of Plainitff in the same job classification. Ms. Hadley will testify as to favorable treatment she received by Norman Stites (unearned hours, etc.). |
| Jessica Rodrigquez | Ms. Rodriguez was a co-worker of Plaintiff in the same job classification. Ms. Hadley will testify as to favorable treatment she received by Norman Stites (unearned hours, etc.). |
| Dale Billings | Mr. Billings is a co-worker of Plaintiff. Mr. Billings will testify to the amount of hours he |

| | |
|---|---|
| | worked in overtime, after Plaintiff Complained of discrimination. |
| Paul Kaclowski | Mr. Kaclowski was Plaintiff's co-worker, in the same job classification as Plaintiff. Mr. Kaclowski will testify as to the mentorship given to him by Mr. Stites. Mr. Kaclowski is currently a Sr. Manager at FedEx. |
| Lou Vigiletti | Mr. Vigiletti was Plaintiff's Sr. Manager for a short time period. Mr. Vigiletti had conversations with Plaintiff regarding the Discrimination/Harassment. |
| Michael Pigors | Mr. Pigors was the Vice President of the Western Region at FedEx, one of Plaintiff's manager, during the time period in question. According to Defendant, Mr. Pigors was instrumental in deciding which facilities to re-organize and was part of Plaintiff's shift change toward the end of her employment. Mr. Pigors also can testify as to the financial condition of FedEx during that time period and can authenticate the SEC 10K filings. |
| Mike Golden | Mr. Golden was a Sr. Manager of FedEx and disciplined Mr. Stites for making an |

| | |
|---|---|
| | inappropriate sexual gesture (with his hand) to an employee. |
| Ray Marino | Mr. Marino was an employee at FedEx and made a complaint about a inappropriate sexual gesture (with his hand) that Stites made to him during his employment.. |
| Stan Stephenson | Mr. Stephenson is Plaintiff's expert economist and will testify as to her wage loss and other losses of economic benefits. |
| Florence Wandisan, M.D. | Dr. Wandisan will testify to treating Plaintiff for migrane headaches during the period in question. |
| Ukeitha Thomas | Ms. Thomas was a co-worker of Plaintiff. Ms. Thomas was a percipient witness to the allegations of sexual harassment/discrimination against Plaintiff. |
| Gary Yen | Mr. Yen was a co-worker of Plaintiff. Mr. Yen was a percipient witness to the allegations of sexual harassment/discrimination against Plaintiff. |
| Eric Lai | Mr. Lai was a co-worker of Plaintiff. Mr. Lai was a percipient witness to the allegations of sexual harassment/discrimination against |

| | | |
|---|---|---|
| 1 | | Plaintiff. |
| 2 | | |
| 3 | | |
| 4 | Michael Synder | Mr. Synder will be a rebuttal witness as he will testify to inappropriate sexist statements made by Micheal Pigors. |
| 5 | | |
| 6 | | |
| 7 | Claudia Miller | Ms. Miller was a co-worker of Plaintiff. Ms. Miller will speak about the operations of the facility that Plaintiff worked and will speak about the emotional distress that Plaintiff suffered due to the wrongful acts of the Defendant. |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | Christopher Perry | Mr. Perry is a close friend of Plaintiff. Mr. Perry will speak to Plaintiff's emotional Distress during the period in question. |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | Anetha DeCong | Ms. DeCong is a close relative of Plaintiff. Ms. DeCong will speak to Plaintiff's emotional Distress during the period in question. |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | Jeff Davis | Mr. Davis is a close friend of Plaintiff. Mr. Davis will speak to Plaintiff's emotional Distress during the period in question. |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | Charlotte Boswell | Plaintiff will testify to the allegations of harassment, sex discrimination, constructive discharge and retaliation. Plaintiff will testify |
| 27 | | |
| 28 | | |

| | |
|---|---|
| | to the emotional distress suffered. |

1
2
3
4
5
6  Dated: September 25, 2006           LAW OFFICES OF WAUKEEN Q. McCOY
7                                                          /S/ Waukeen McCoy
8                                                 By _____
9
10                                              WAUKEEN Q. McCOY
                                                ATTORNEYS FOR PLAINTIFF
                                                CHARLOTTE BOSWELL
11
12
...
28