1  **FEDERAL EXPRESS CORPORATION**
   Frederick L. Douglas (Admitted *Pro Hac Vice*)
2  David A. Billions (Admitted *Pro Hac Vice*)
   Sandra C. Isom (SBN 157374)
3  3620 Hacks Cross Road
   Building B, 3rd Floor
4  Memphis, Tennessee 38125-8800
   Telephone: 901.434.8519
5  Facsimile: 901.434.9271

6  SEYFARTH SHAW LLP
   Gilmore F. Diekmann, Jr. (SBN 050400)
7  Patricia H. Cullison (SBN 101636)
   Francis J. Ortman, III (State Bar No.: 213202)
8  560 Mission Street, Suite 3100
   San Francisco, California 94105
9  Telephone: 415.397.2823
   Facsimile: 415.397.8549
10
   Attorneys for Defendant
11 FEDERAL EXPRESS CORPORATION,
   dba FEDEX EXPRESS (erroneously sued herein as
12 FedEx Corporation, dba FedEx Express)

13                   UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
14

15 EDWARD ALVARADO, JOHN AZZAM,          )   Case No.: C04-0098 SI
   CHARLOTTE BOSWELL, TANDA              )   (Related Case No. C 04-0099 SI)
16 BROWN, BERTHA DUENAS, PERNELL         )
   EVANS, CHARLES GIBBS, JANICE          )
17 LEWIS, MARIA MUNOZ, KEVIN NEELY,      )   **DEFENDANT'S SECOND PROPOSED**
   LORE PAOGOFIE, DYRONN THEODORE,       )   **ORDER ALLOWING COURTROOM**
18 LASONIA WALKER and CHRISTOPHER        )   **EQUIPMENT**
   WILKERSON,                            )
19                                       )   **Judge: Susan Illston**
                Plaintiffs,              )
20        vs.                            )   **Trial: October 23, 2006 (Charlotte**
   FEDEX CORPORATION, a Delaware         )   **Boswell)**
21 corporation, dba FEDEX EXPRESS,       )
                                         )
22           Defendant.                  )
                                         )
23                                       )
                                         )
24 _____)

25

26

27

28
   Defendant's Second Proposed Order Allowing Courtroom Equip., CASE NO. C04-0098 SI
   (Charlotte Boswell).

1

2

3   DATED: October 11, 2006

4

FEDERAL EXPRESS CORPORATION

By: /s/_____
Sandra C. Isom
Senior Counsel
Federal Express Corporation

5

6

7

8

9   618483

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

Defendant's Second Proposed Order Allowing Courtroom Equip., CASE NO. C04-0098 SI
(Charlotte Boswell).

1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, JOHN AZZAM, ) CHARLOTTE BOSWELL, TANDA BROWN, ) BERTHA DUENAS, PERNELL EVANS, ) CHARLES GIBBS, JANICE LEWIS, MARIA ) MUNOZ, KEVIN NEELY, LORE PAOGOFIE, ) DYRONN THEODORE, LASONIA WALKER ) and CHRISTOPHER WILKERSON, ) <br><br> Plaintiffs, ) <br><br> v. ) <br><br> FEDEX CORPORATION, a Delaware ) corporation, dba FEDEX EXPRESS, ) <br><br> Defendant. ) | Case No. C04-0098 SI <br><br> **ORDER ALLOWING** <br> **COURTROOM EQUIPMENT** <br><br> **Judge: Hon. Susan Illston** <br><br> **Trial: October 23, 2006 (Charlotte Boswell)** |

12
13
14
15
16
17
18
19
20

It is hereby Ordered that Counsel for the Defendant shall be allowed to use two (2) laptops, one (1) Elmo and one (1) Projector Screen in the United States District Court Northern District of California for the trial in this cause.

The Trial Court Room Technology Set-Up Appointment will be scheduled for October 18, 2006 at 1:00 p. m.

21
22
23
24
25
26
27

1

28

Order Allowing Courtroom Equip., CASE NO. C04-0098 SI (Charlotte Boswell).

1

2     DATED:  October _____, 2006.

3                                                    By:_____

4                                                          Honorable Judge Susan Illston

5

6

7

8

9

Doc. No. 618483

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

                                             2
28
Order Allowing Courtroom Equip., CASE NO. C04-0098 SI (Charlotte Boswell).