| | |
|---|---|
| 1 | FEDERAL EXPRESS CORPORATION |
| | Frederick L. Douglas (Admitted *Pro Hac Vice*) |
| 2 | Jay L. Grytdahl (Admitted *Pro Hac Vice*) |
| | David A. Billions (Admitted *Pro Hac Vice*) |
| 3 | 3620 Hacks Cross Road |
| | Building B, 3rd Floor |
| 4 | Memphis, Tennessee 38125 |
| | Telephone: 901/434-8590 |
| 5 | Facsimile: 901/ 434-9278 |
| 6 | SEYFARTH & SHAW LLP |
| | Gilmore F. Diekmann, Jr. (SBN: 050400) |
| 7 | Patricia H. Cullison (SBN 101636) |
| | Francis J. Ortman, III (SBN: 213202) |
| 8 | 560 Mission Street, Suite 3100 |
| | San Francisco, CA 94105 |
| 9 | Telephone: 415/397-2823 |
| 10 | Facsimile: 415/397-8549 |
| 11 | Attorneys for Defendant |
| | FEDERAL EXPRESS CORPORATION, |
| 12 | dba FEDEX EXPRESS (erroneously sued herein as FedEx Corporation, dba FedEx Express) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, JOHN AZZAM, CHARLOTTE BOSWELL, TANDA BROWN, BERTHA DUENAS, PERNELL EVANS, CHARLES GIBBS, JANICE LEWIS, MARIA MUNOZ, KEVIN NEELY, LORE PAOGOFIE, DYRONN THEODORE, LASONIA WALKER and CHRISTOPHER WILKERSON,<br><br>Plaintiffs,<br>vs.<br>FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS,<br><br>Defendant. | Case No.: C04-0098 SI<br>(Related Case No. C 04-0099 SI)<br><br>**DEFENDANT'S PROPOSED ORDER ALLOWING COURTROOM EQUIPMENT (Evans)**<br><br>**Judge: Susan Illston**<br><br>**Trial: November 6, 2006** |

FEDERAL EXPRESS CORPORATION

DATED: October 16, 2006

s/ Jay L. Grytdahl
Jay L. Grytdahl

Defendant's Proposed Order Allowing Courtroom Equip., CASE NO. C04-0098 SI (Pernell Evans).

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, JOHN AZZAM, CHARLOTTE BOSWELL, TANDA BROWN, BERTHA DUENAS, PERNELL EVANS, CHARLES GIBBS, JANICE LEWIS, MARIA MUNOZ, KEVIN NEELY, LORE PAOGOFIE, DYRONN THEODORE, LASONIA WALKER and CHRISTOPHER WILKERSON,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS,<br><br>Defendant. | Case No. C04-0098 SI<br><br>**ORDER ALLOWING COURTROOM EQUIPMENT (Evans)**<br><br>**Judge: Hon. Susan Illston**<br><br>**Trial: November 6, 2006** |

It is hereby Ordered that Counsel for the Defendant shall be allowed to use three (3) laptops, one (1) Elmo and one (1) projector screen in the United States District Court Northern District of California for the trial in this cause.

The Trial Court Room Technology Set-Up Appointment will be scheduled for November 9, 2006 at 9:30 a. m.

DATED: _____, 2006.

By:_____
Honorable Judge Susan Illston

Doc. No. 617021

1