1    FEDERAL EXPRESS CORPORATION
Frederick L. Douglas (Admitted *Pro Hac Vice*)
2    Jay L. Grytdahl (Admitted *Pro Hac Vice*)
David A. Billions (Admitted *Pro Hac Vice*)
3    3620 Hacks Cross Road
Building B, 3rd Floor
4    Memphis, Tennessee 38125
Telephone: 901/434-8590
5    Facsimile: 901/ 434-9278

6    SEYFARTH & SHAW LLP
Gilmore F. Diekmann, Jr. (SBN: 050400)
7    Patricia H. Cullison (SBN 101636)
Francis J. Ortman, III (SBN: 213202)
8    560 Mission Street, Suite 3100
San Francisco, CA 94105
9    Telephone: 415/397-2823
Facsimile: 415/397-8549
10

11    Attorneys for Defendant
FEDERAL EXPRESS CORPORATION,
12    dba FEDEX EXPRESS (erroneously sued herein as
FedEx Corporation, dba FedEx Express)

13

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, JOHN AZZAM, CHARLOTTE BOSWELL, TANDA BROWN, BERTHA DUENAS, PERNELL EVANS, CHARLES GIBBS, JANICE LEWIS, MARIA MUNOZ, KEVIN NEELY, LORE PAOGOFIE, DYRONN THEODORE, LASONIA WALKER and CHRISTOPHER WILKERSON,<br><br>        Plaintiffs,<br>  vs.<br>FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS,<br><br>        Defendant. | Case No.: C04-0098 SI<br>(Related Case No. C 04-0099 SI)<br><br>**DEFENDANT'S SECOND PROPOSED ORDER ALLOWING COURTROOM EQUIPMENT (Evans)**<br><br>**Judge: Susan Illston**<br><br>**Trial: November 6, 2006** |

                                                    FEDERAL EXPRESS CORPORATION

DATED: November 2, 2006                      <u>s/ Jay L. Grytdahl</u>
                                                                     Jay L. Grytdahl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, JOHN AZZAM, CHARLOTTE BOSWELL, TANDA BROWN, BERTHA DUENAS, PERNELL EVANS, CHARLES GIBBS, JANICE LEWIS, MARIA MUNOZ, KEVIN NEELY, LORE PAOGOFIE, DYRONN THEODORE, LASONIA WALKER and CHRISTOPHER WILKERSON,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS,<br><br>Defendant. | Case No. C04-0098 SI<br><br>**ORDER ALLOWING COURTROOM EQUIPMENT (Evans)**<br><br>**Judge: Hon. Susan Illston**<br><br>**Trial: November 13, 2006** |

It is hereby Ordered that Counsel for the Defendant shall be allowed to use three (3) laptops, one (1) Elmo, one (1) projector and one (1) projector screen in the United States District Court Northern District of California for the trial in this cause.

The Trial Court Room Technology Set-Up Appointment will be scheduled for November 9, 2006 at 9:30 a. m.

DATED: _____, 2006.

By: _____
Honorable Judge Susan Illston

Doc. No. 617021v2

1