FILED

NOV 20 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PERNELL EVANS,

    Plaintiff,

v.

FEDEX CORPORATION,

    Defendant.

No. C 04-0098 SI
Related Case C 04-0099 SI

**SPECIAL VERDICT**

We, the jury in the above entitled action, find the following for our special verdict:

### DISPARATE TREATMENT

**Question No. 1:** Did plaintiff Pernell Evans prove, by a preponderance of the evidence, that defendant FedEx subjected plaintiff to an adverse employment action, as defined in these instructions?

    Yes __X__        No _____

If the answer to Question No. 1 is "no," please proceed to Question No. 5  If the answer to Question No. 1 is "yes," please proceed to Question No. 2.

**Question No. 2:** Did plaintiff Pernell Evans prove, by a preponderance of the evidence, that his race was a motivating factor for defendant FedEx's taking an adverse employment action against him?

    Yes __X__        No _____

If the answer to Question No. 2 is "no," please proceed to Question No. 5. If the answer to Question No. 2 is "yes," please proceed to Question No. 3.

**Question No. 3:** Did defendant FedEx prove, by a preponderance of the evidence, that its actions were also motivated by a lawful reason?

    Yes _____        No __X__

If the answer to Question No. 3 is "no," please proceed to Question No. 5. If the answer to Question No. 3 is "yes," please proceed to Question No. 4.

**Question No. 4:** Did defendant FedEx prove, by a preponderance of the evidence, that it would have taken the same actions even if plaintiff's race had played no role in FedEx's decision?

Yes _____   No \_\_X\_\_\_

Please proceed to Question No. 5.

# RETALIATION

**Question No. 5:** Did plaintiff Pernell Evans prove, by a preponderance of the evidence, that he engaged in activities protected under federal law, such as complaining of racial discrimination in employment?

Yes \_\_X\_\_\_   No _____

If the answer to Question No. 5 is "no," please go to Question 8. If the answer to Question No. 5 is "yes," please proceed to Question No. 6.

**Question No. 6:** Did plaintiff Pernell Evans prove, by a preponderance of the evidence, that defendant FedEx subjected plaintiff to an adverse employment action, as defined in these instructions?

Yes \_\_X\_\_\_   No _____

If the answer to Question No. 6 is "no," please go to Question 8. If the answer to Question No. 6 is "yes," please proceed to Question No. 7.

**Question No. 7:** Did plaintiff Pernell Evans prove, by a preponderance of the evidence, that his protected activity was a substantial or motivating factor in causing defendant FedEx to take the adverse employment action?

Yes \_\_X\_\_\_   No _____

Please go to Question No. 8.

2

**Question No. 8:** [Only if you answered Question No. 3 or Question No. 4 "no," or if you answered Question No. 7 "yes," then answer this question and the next question] What amount of damages did plaintiff Pernell Evans prove, by a preponderance of the evidence, was caused to him by FedEx's adverse employment action(s)?

$ 475,000.

**Question No. 9:** Did plaintiff Pernell Evans prove, by a preponderance of the evidence, that defendant FedEx's conduct toward him was malicious, oppressive or in reckless disregard of his rights, as those terms are defined in these instructions?

Yes  X          No _____

Dated: 11/20/06

_____
FOREPERSON