FILED

NOV 21 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERNELL EVANS,<br><br>    Plaintiff,<br><br>v.<br><br>FEDEX CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 04-0098 SI<br>Related Case C 04-0099 SI<br><br>**SPECIAL VERDICT RE PUNITIVE DAMAGES** |

We, the jury in the above entitled action, find the following for our special verdict on punitive damages:

**Question No. 1:** What amount of punitive damages, if any, did plaintiff Pernell Evans prove, by a preponderance of the evidence, should be awarded in this case?

$ 425,000.00 .

Dated: 11/21/06

_____
FOREPERSON