UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, JOHN AZZAM, CHARLOTTE BOSWELL, TANDA BROWN, BERTHA DUENAS, PERNELL EVANS, CHARLES GIBBS, JANICE LEWIS, MARIA MUNOZ, KEVIN NEELY, LORE PAOGOFIE, DYRONN THEODORE, LASONIA WALKER and CHRISTOPHER WILKERSON,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS,<br><br>Defendant. | Case No. C04-0098 SI<br><br>**ORDER ALLOWING COURTROOM EQUIPMENT**<br><br>Judge: Hon. Susan Illston<br><br>Trial: January 16, 2007 (Charlotte Boswell) |

It is hereby Ordered that Counsel for the Defendant shall be allowed to use two (2) laptops, one (1) Elmo and one (1) Projector Screen in the United States District Court Northern District of California for the trial in this cause.

The Trial Court Room Technology Set-Up Appointment will be scheduled for January 11, 2007 at 3:30 p.m.

1

Order Allowing Courtroom Equip., CASE NO. C04-0098 SI (Charlotte Boswell).

1
2  DATED: December 21, 2006.
3                                                          By: /s/ Susan Illston
                                                              Honorable Judge Susan Illston
4
5
6
7
8
9
10  Doc. No. 626678
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27                                              2
28  Defendant's Third Proposed Order Allowing Courtroom Equip., CASE NO. C04-0098 SI
    (Charlotte Boswell).