**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al., | No. C 04-0098 SI |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTIONS FOR ENTRY OF JUDGMENT PURSUANT TO RULE 54(B)** |
| v. | |
| FEDEX CORPORATION, | |
| Defendant. | |

Plaintiffs Edward Alvarado and Pernell Evans have filed unopposed motions for entry of judgment pursuant to Federal Rule of Civil Procedure 54(b). (Docket Nos. 678 & 679). The motions are scheduled for a hearing on March 2, 2007. Pursuant to Civil Local Rule 7-1(b), the Court determines that the matters are appropriate for resolution without argument, and VACATES the hearing.

The Court finds that there is no just reason to delay the entry of judgment in favor of both plaintiffs, and accordingly GRANTS the motions. The Court will enter separate judgments.

**IT IS SO ORDERED.**

Dated: February 27, 2007

SUSAN ILLSTON
United States District Judge