IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERNELL EVANS, et al., | No. C 04-0098 SI |
| Plaintiffs, | **JUDGMENT RE: PERNELL EVANS** |
| v. | |
| FEDEX CORPORATION, | |
| Defendant. | |

Plaintiff Pernell Evans' case came on for trial before the jury, the Honorable Susan Illston, presiding. The issues were tried before the Court, and the jury rendered a special verdict on November 20 and 21, 2006.

IT IS ORDERED AND ADJUDGED that pursuant to the findings, judgment shall be entered in favor of PERNELL EVANS and against FEDEX CORPORATION.

**IT IS SO ORDERED.**

Dated: February 28, 2007

SUSAN ILLSTON
United States District Judge