IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al., | No. C 04-0098 SI |
| Plaintiffs, | **JUDGMENT RE: EDWARD ALVARADO** |
| v. | |
| FEDEX CORPORATION, | |
| Defendant. | |

Plaintiff Edward Alvarado's case came on for trial before the jury, the Honorable Susan Illston, presiding. The issues were tried before the Court, and the jury rendered a special verdict on September 5 and 6, 2006.

IT IS ORDERED AND ADJUDGED that pursuant to the findings, judgment shall be entered in favor of EDWARD ALVARADO and against FEDEX CORPORATION.

**IT IS SO ORDERED.**

Dated: February 28, 2007

SUSAN ILLSTON
United States District Judge