**FEDERAL EXPRESS CORPORATION**
Frederick L. Douglas (Admitted *Pro Hac Vice*)
David A. Billions (Admitted *Pro Hac Vice*)
Sandra C. Isom (SBN 157374)
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, Tennessee 38125-8800
Telephone: 901.434.8519
Facsimile: 901.434.9271

SEYFARTH SHAW LLP
Gilmore F. Diekmann, Jr. (SBN 050400)
Patricia H. Cullison (SBN 101636)
Francis J. Ortman, III (State Bar No.: 213202)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: 415.397.2823
Facsimile: 415.397.8549

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION,
dba FEDEX EXPRESS (erroneously sued herein as
FedEx Corporation, dba FedEx Express)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, JOHN AZZAM, CHARLOTTE BOSWELL, TANDA BROWN, BERTHA DUENAS, PERNELL EVANS, CHARLES GIBBS, JANICE LEWIS, MARIA MUNOZ, KEVIN NEELY, LORE PAOGOFIE, DYRONN THEODORE, LASONIA WALKER and CHRISTOPHER WILKERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS,<br><br>Defendant. | Case No.: C04-0098 SI<br>(Related Case No. C 04-0099 SI)<br><br>**DEFENDANT'S FIFTH PROPOSED ORDER ALLOWING COURTROOM EQUIPMENT**<br><br>**Judge: Susan Illston**<br><br>**Trial: April 2, 2007 (Charlotte Boswell)** |

Defendant's Fifth Proposed Order Allowing Courtroom Equip., CASE NO. C04-0098 SI (Charlotte Boswell).

|  |  |
|---|---|
|  | FEDERAL EXPRESS CORPORATION |
| DATED: March 1, 2007 | By: /s/ _____<br>Sandra C. Isom<br>Senior Counsel<br>Federal Express Corporation |

635221

---

1

Defendant's Fifth Proposed Order Allowing Courtroom Equip., CASE NO. C04-0098 SI (Charlotte Boswell).

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, JOHN AZZAM, CHARLOTTE BOSWELL, TANDA BROWN, BERTHA DUENAS, PERNELL EVANS, CHARLES GIBBS, JANICE LEWIS, MARIA MUNOZ, KEVIN NEELY, LORE PAOGOFIE, DYRONN THEODORE, LASONIA WALKER and CHRISTOPHER WILKERSON,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS,<br><br>Defendant. | Case No. C04-0098 SI<br><br>**ORDER ALLOWING COURTROOM EQUIPMENT**<br><br>**Judge: Hon. Susan Illston**<br><br>**Trial: April 2, 2007 (Charlotte Boswell)** |

It is hereby Ordered that Counsel for the Defendant shall be allowed to use two (2) laptops, one (1) Elmo, one (1) Projector Screen, one (1) CD/DVD Player and two (2) Television Monitors in the United States District Court Northern District of California for the trial in this cause.

1

Defendant's Fifth Proposed Order Allowing Courtroom Equip., CASE NO. C04-0098 SI (Charlotte Boswell).

1 | The Trial Court Room Technology Set-Up Appointment will be scheduled for March 29, 2007 at 1:00 p.m.

DATED: March ____, 2007.

By: *Susan Illston* (signature)
Honorable Judge Susan Illston

Doc. No. 635221

Defendant's Fifth Proposed Order Allowing Courtroom Equip., CASE NO. C04-0098 SI (Charlotte Boswell).