

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE BOSWELL,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDEX CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 04-0098 SI<br>Related Case C 04-0099 SI<br><br>**SPECIAL VERDICT** |

We, the jury in the above entitled action, find the following for our special verdict:

**(1) SEXUALLY HOSTILE WORK ENVIRONMENT (SEXUAL HARASSMENT)**

**Question No. 1**:  Did plaintiff Charlotte Boswell prove, by a preponderance of the evidence, that Norman Stites was her supervisor and that he subjected her to a sexually hostile work environment at FedEx, as defined in these instructions?

   Yes ___✓___     No _____

If the answer to Question No. 1 is "no," please proceed directly to Question No. 6.  If the answer to Question No. 1 is "yes," please proceed to Question No. 2.

**Question No. 2**:  Did plaintiff Charlotte Boswell prove, by a preponderance of the evidence, that as a result of sexual harassment by Norman Stites, she suffered a tangible employment action, as defined in these instructions?

   Yes ___✓___     No _____

If the answer to Question No. 2 is "no," please proceed to Question No. 3 .  If the answer to Question No.2 is "yes," please proceed directly to Question No. 5.

**Question No. 3:** Did defendant FedEx prove, by a preponderance of the evidence, that FedEx exercised reasonable care to prevent and promptly correct the sexually harassing behavior?

Yes _____     No _____

If the answer to Question No. 3 is "no," please proceed directly to Question No. 5. If the answer to Question No. 3 is "yes," please proceed to Question No. 4.

**Question No. 4:** Did defendant FedEx prove, by a preponderance of the evidence, that plaintiff unreasonably failed to take advantage of any preventive or corrective opportunities provided by Fed Ex or unreasonably failed to otherwise avoid harm?

Yes _____     No _____

If the answer to Question No. 4 is "no," please proceed to Question No. 5. If the answer to Question No. 4 is "yes," please proceed to Question No. 6.

## (2) CONSTRUCTIVE DISCHARGE

**Question No. 5:** Did plaintiff Charlotte Boswell prove, by a preponderance of the evidence, that her working conditions were made so intolerable by the sexually hostile work environment that a reasonable person in plaintiff's position would feel compelled to resign?

Yes ✓     No _____

Please proceed to Question No. 6.

## (3) RETALIATION

**Question No. 6:** Did plaintiff Charlotte Boswell prove, by a preponderance of the evidence, that she engaged in activities protected under federal law, such as opposing sexual advances, requests for sexual conduct or other verbal or physical conduct of a sexual nature?

Yes ✓     No _____

If the answer to Question No. 6 is "no," please go directly to Question No. 9. If the answer to Question No. 6 is "yes," please proceed to Question No. 7.

2

1  **Question No. 7:** Did plaintiff Charlotte Boswell prove, by a preponderance of the evidence, that
2  defendant FedEx subjected plaintiff to an adverse employment action, as defined in these instructions?
3    Yes ✓    No _____
4  If the answer to Question No. 7 is "no," please go directly to Question No. 9. If the answer to Question
5  No. 7 is "yes," please proceed to Question No. 8.

6  **Question No. 8:** Did plaintiff Charlotte Boswell prove, by a preponderance of the evidence, that her
7  protected activity was a substantial or motivating factor in causing defendant FedEx to take the adverse
8  employment action?
9    Yes ✓    No _____

10
11  Please go to Question No. 9.

12  **Instructions for Question No. 9:** If you answered Question No. 1 "no" and you answered either
    Question No. 6 or No. 7 or No. 8 "no," do not answer this question or any further questions;
13  instead, go directly to the end of this form, sign and date it where indicated. Likewise, if you
    answered both Questions No. 3 and No. 4 "yes" and you answered either Question No. 6 or No.
14  7 or No. 8 "no," do not answer this question or any further questions; instead, go directly to the
    end of this form, sign and date it where indicated Otherwise, please answer the next questions
15

16  **Question No. 9:** What amount of damages, if any, did plaintiff Charlotte Boswell prove, by a
17  preponderance of the evidence, was caused to her by FedEx's actions?
18    Lost earnings:    $ 300,000 .
19    Other damages, including
      mental or emotional pain
20    and suffering:    $ 250,000 .

21

22  **Question No. 10:** Did plaintiff Charlotte Boswell prove, by a preponderance of the evidence, that
23  defendant FedEx's conduct toward her were malicious, oppressive or in reckless disregard of her rights,
24  as those terms are defined in these instructions?
25    Yes ✓    No _____
26  If your answer to Question No. 10 was "no," do not answer the next question; instead, go directly to the
27  end of this form, sign and date it where indicated. Otherwise, please answer the next question.
28

3

**Question No. 11:** What amount of punitive damages, if any, did plaintiff Charlotte Boswell prove, by a preponderance of the evidence, should be awarded in this case?

$ 2,450,000      .

Dated: 4/11/07

*[signature]*

FOREPERSON
WILLIAM CARSON

4