IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>FEDEX CORPORATION,<br><br>    Defendant.<br>_____ / | No. C 04-0098 SI<br><br>**ORDER REFERRING ATTORNEYS' FEES MOTIONS TO SPECIAL MASTER** |

The Court hereby REFERS plaintiffs' motions for attorneys' fees, and all motions related to the attorneys' fees matter, to Special Master Swanson for decision in the first instance. (Docket Nos. 715, 716, 731-38, 740-42, 744, 768-74, 791-806, & 809-10). The parties are directed to provide Special Master Swanson with complete copies of all relevant filings no later than **May 4, 2007.**

Accordingly, the Court will not hear argument on the attorneys' fees motions at the upcoming May 4, 2007 hearing. Defendant's post-trial motions regarding plaintiffs Alvarado and Evans remain scheduled for the May 4, 2007 calendar.

The Clerk shall serve a copy of this Order on Amanda Metcalf, Esq.

**IT IS SO ORDERED.**

Dated: May ___1_, 2007

                                                    SUSAN ILLSTON<br>                                                    United States District Judge