IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FEDEX CORPORATION,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | No. C 04-0098 SI<br><br>**ORDER GRANTING PLAINTIFF BOSWELL'S MOTION FOR ENTRY OF JUDGMENT PURSUANT TO RULE 54(B)** |

　　　　Plaintiff Charlotte Boswell has filed a motion for entry of judgment pursuant to Federal Rule of Civil Procedure 54(b). (Docket No. 782). The motion is scheduled for a hearing on May 25, 2007. Pursuant to Civil Local Rule 7-1(b), the Court determines that the matter is appropriate for resolution without argument, and VACATES the hearing.

　　　　Defendant opposes the motion on the ground that this Court lacks subject matter jurisdiction. For the reasons set forth in the Court's September 8, 2006 order, the Court finds that plaintiff exhausted her administrative remedies, and thus that this Court has jurisdiction. Defendant may raise its jurisdictional objection, and any other contentions, on appeal. The Court finds that there is no just reason to delay the entry of judgment in favor of plaintiff, and accordingly GRANTS the motion. The Court will enter a separate judgment.

　　　　**IT IS SO ORDERED.**

Dated: May 21, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　Susan Illston
　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge