United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al., | No. C 04-0098 SI |
| Plaintiffs, | **ORDER RE: REFERRAL OF ATTORNEYS' FEES MOTIONS AND ALL RELATED MATTERS TO SPECIAL MASTER** |
| v. | |
| FEDERAL EXPRESS CORPORATION, | |
| Defendant. | |

The Court has received defendant's June 6, 2007 letter regarding this Court's May 1, 2007 order of referral. Defendant seeks clarification of whether defendant's motion for sanctions (Docket No. 817) was referred in the May 1, 2007 order. Defendant also states its understanding that plaintiff Boswell's motion for attorneys' fees (Docket No. 842), and Ms. Parker's motion for fees related to the Boswell action (Docket No. 839), are not encompassed in the referral order since those motions were filed after the May 1, 2007 order.

The Court intended to refer defendant's motion for sanctions to the Special Master. Although the motion itself had not yet been filed at the time of the Court's May 1, 2007 order, the Court had received the motion and the order of referral did refer those pleadings related to the sanctions motion that had been "filed" (Docket Nos. 809 and 810). In any event, this order clarifies that defendant's motion for sanctions, which arises out of plaintiffs' motion for fees, is referred to the Special Master for decision in the first instance.

The Court also REFERS plaintiff Boswell's motion for fees, Ms. Parker's related motion for

fees, and plaintiff's motion to strike Ms. Parker's fees motion, to the Special Master. (Docket Nos. 839-43, and 848). Any further filings related to the Boswell fee matter – including any motions for sanctions – should be considered as encompassed in this referral order.

The Clerk shall serve a copy of this Order on Amanda Metcalf, Esq.

**IT IS SO ORDERED.**

Dated: June 7, 2007

SUSAN ILLSTON
United States District Judge