**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al., | No. C 04-0098 SI |
| Plaintiffs, | **ORDER VACATING HEARING** |
| v. | |
| FEDERAL EXPRESS CORPORATION, | |
| Defendant. / | |

Defendant's motion for a new trial and renewed motion for judgment as a matter of law as to plaintiff Charlotte Boswell are scheduled for a hearing on July 13, 2007. Pursuant to Civil Local Rule 7-1(b), the Court determines that the motions are suitable for resolution without oral argument, and VACATES the hearing.

**IT IS SO ORDERED.**

Dated: July 11, 2007

SUSAN ILLSTON
United States District Judge