IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al., | No. C 04-0098 SI |
| Plaintiffs,<br>v.<br>FEDERAL EXPRESS CORPORATION,<br>Defendant. | **ORDER TO SHOW CAUSE RE: WHY DOCUMENTS RELATED TO DEFENDANT'S MOTIONS FOR SANCTIONS SHOULD NOT BE UNSEALED** |

At the parties' request, the Court has previously sealed a number of filings related to defendant's motion for sanctions against plaintiff's counsel Waukeen McCoy. The Court is of the view that the sealing orders may have been in error because it is not clear that all the documents at issue are "privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civ. L. R. 79-5(a). Some of the documents may be attorney-client communications, as represented in FedEx's original motion to seal, but it appears that most are not. Accordingly, the Court ORDERS THE PARTIES TO SHOW CAUSE by **August 17, 2007**, why these documents should not be unsealed in their entirety or as to all documents not constituting attorney-client communications. After receipt of the parties' responses, the Court will issue a further order on the matter.

Ms. Parker and her attorney may attend the August 9, 2007 hearing before the Special Master regarding defendant's motion for sanctions against Mr. McCoy. This order resolves Docket No. 911.

**IT IS SO ORDERED.**

Dated: August 8, 2007

SUSAN ILLSTON
United States District Judge