IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al., | No. C 04-0098 SI |
| Plaintiffs, | **ORDER RE: MOTION TO SET ASIDE SPECIAL MASTER'S RULING DENYING PARKER'S MOTIONS FOR FEES** |
| v. | |
| FEDERAL EXPRESS CORPORATION, | |
| Defendant. | |

Kay McKenzie Parker's motion to set aside the Special Master's ruling denying her motions for attorneys' fees is scheduled for argument on September 21, 2007. Ms. Parker's reply, which was filed on September 4, 2007, raises a new contention and authority that was not previously considered by the Special Master. The Court finds that it is in the interest of judicial efficiency to remand the matter to the Special Master for consideration of the new contention in the first instance. The September 21, 2007 hearing is VACATED.

**IT IS SO ORDERED.**

Dated: September 10, 2007

SUSAN ILLSTON
United States District Judge