1 | FEDERAL EXPRESS CORPORATION
Frederick L. Douglas (Admitted *Pro Hac Vice*)
2 | David A. Billions (Admitted *Pro Hac Vice*)
Barak J. Babcock (Admitted *Pro Hac Vice*)
3 | 3620 Hacks Cross Road
Building B, 3rd Floor
4 | Memphis, Tennessee  38125-8800
Telephone:  901.434.8519
5 | Facsimile:   901.434.9271

6 | SEYFARTH SHAW LLP
Gilmore F. Diekmann, Jr. (SBN 050400)
7 | Patricia H. Cullison (SBN 101636)
560 Mission Street, Suite 3100
8 | San Francisco, California  94105
Telephone:  415.397.2823
9 | Facsimile:  415.397.8549

10 | Attorneys for Defendant
FEDERAL EXPRESS CORPORATION,
11 | dba FEDEX EXPRESS (erroneously sued herein as
FedEx Corporation, dba FedEx Express)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, JOHN AZZAM, CHARLOTTE BOSWELL, TANDA BROWN, BERTHA DUENAS, PERNELL EVANS, CHARLES GIBBS, JANICE LEWIS, MARIA MUNOZ, KEVIN NEELY, LORE PAOGOFIE, DYRONN THEODORE, LASONIA WALKER and CHRISTOPHER WILKERSON,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS,<br><br>Defendant. | Case No. C04-0098 SI<br><br>**DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL DEFENDANT'S CALCULATIONS OF INTERPLEADED SETTLEMENT FUNDS PURSUANT TO CIVIL L.R. 7-11 AND 79-5(B)**<br><br>Date: February 1, 2008<br><br>Judge: Hon. Susan Illston |

1  Defendant, Federal Express Corporation ("FedEx"), hereby moves the Court pursuant to
2  Civil L.R. 7-11 and 79.5(b) to File Under Seal Defendant's January 30, 2008 letter calculating a
3  disbursement of interpleaded funds.

   The settlement agreements served as a basis for the calculations and to protect the confidential nature of the settlement agreements and amounts owed, and based on the Court's order sealing the terms of the settlement agreements, FedEx request that the January 30th letter be filed under seal ***only*** from persons who are neither parties nor lienholders. FedEx has served copies of the letter on all parties and lienholders.

   DATED: January _31_, 2008.                FEDERAL EXPRESS CORPORATION


                                             By: /s/_____

                                                Frederick L. Douglas
                                                David A. Billions
                                                Barak J. Babcock
                                                Attorneys for Defendant
                                                Federal Express Corporation

1

DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL DEFENDANT'S CALCULATIONS OF INTERPLEADED SETTLEMENT FUNDS PURSUANT TO CIVIL L.R. 7-11 AND 79-5(B), CASE NO. C04-0098 SI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Having reviewed the relevant pleadings, the Court GRANTS Defendant's Administrative Motion to File Under Seal Defendant's January 30, 2008 letter pursuant to Civil L.R. 7-11 and 79-5(b).

IT IS HEREBY ORDERED that Defendant's January 30, 2008 letter be filed under seal.

_____
Honorable Susan Illston
U.S. District Court Judge

Doc. No. 716643