IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, *et al.*, | No. C 04-0098 SI, No. C 04-0099 SI |
| Plaintiffs, | **ORDER AMENDING ORDER GRANTING IN PART DEFENDANT'S MOTION FOR INTERPLEADER** |
| v. | |
| FEDERAL EXPRESS CORPORATION, | |
| Defendant. | |

By order filed February 4, 2008, the Court granted in part defendant's motion for counterclaim and interpleader relief. That order joined three lienholders and interpleaded a percentage of the settlement funds in these cases. Defendant has now filed a motion to amend that order to incorporate and reference a fourth lienholder, Angela Alioto & Angela Alioto Professional Law Corporation.[1] The Court finds it appropriate to do so, and accordingly GRANTS the motion and amends Docket No. 1008 in 04-0098 SI and Docket No. 272 in 04-0099 SI to join Angela Alioto & Angela Alioto Professional Law Corporation for purposes of interpleader. (Docket No. 1016 in 04-0098 SI).

**IT IS SO ORDERED.**

Dated: February 14, 2008

SUSAN ILLSTON
United States District Judge

---

[1] Angela Alioto & Angela Alioto Professional Law Corporation filed a lien in the amount of $12,283.91 after defendant filed the motion for interpleader. *See* Docket No. 996 in 04-0098 SI, Docket No. 272 in 04-0099 SI.