**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, *et al.*, | No. C 04-0098 SI, No. C 04-0099 SI |
| Plaintiffs, | **ORDER RE: MOTIONS PENDING BEFORE SPECIAL MASTER** |
| v. | |
| FEDERAL EXPRESS CORPORATION, | |
| Defendant. | |

The following motions are currently pending before the Special Master, Edward Swanson, for his review, hearing, analysis and decision in the first instance: Docket # 715, motion for attorney fees; docket # 716, motion for attorney fees; docket # 817, motion for sanctions; docket # 839, motion for attorney fees and expenses; docket # 842, motion for attorney fees; docket # 848, motion to strike filings; and docket # 885, motion for sanctions. His determination of these matters will be subject to review by this Court, as and if requested by the parties.

Accordingly, these motions are DENIED WITHOUT PREJUDICE to review as and if presented to this Court.

**IT IS SO ORDERED.**

Dated: February 19, 2008

SUSAN ILLSTON
United States District Judge