IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al., | No. C 04-0098 SI |
| Plaintiffs, | **AMENDED JUDGMENT RE: CHARLOTTE BOSWELL** |
| v. | |
| FEDERAL EXPRESS CORPORATION, | |
| Defendant. | |

Plaintiff Charlotte Boswell's case came on for jury trial, the Honorable Susan Illston, presiding, and the jury rendered a special verdict on April 11, 2007. By order filed March 18, 2008, the Court resolved defendant's post-trial motions and applied the Title VII cap to plaintiff's punitive damages award. As a result, plaintiff's punitive damages award is $300,000, and her compensatory damages award is $550,000.

IT IS ORDERED AND ADJUDGED that pursuant to the March 18, 2008 order, judgment shall be entered accordingly in favor of CHARLOTTE BOSWELL and against FEDERAL EXPRESS CORPORATION.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 18, 2008

SUSAN ILLSTON
United States District Judge