IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al., | No. C 04-0098 SI |
| Plaintiffs, | **AMENDED JUDGMENT RE: PERNELL EVANS** |
| v. | |
| FEDERAL EXPRESS CORPORATION, | |
| Defendant. | |

Plaintiff Pernell Evans' case came on for trial before the jury, the Honorable Susan Illston, presiding, and the jury rendered a special verdict on November 20 and 21, 2006. By order filed March 19, 2008, the Court granted defendant's renewed motion for judgment as a matter of law.

IT IS ORDERED AND ADJUDGED that pursuant to the March 19, 2008 order, judgment shall be entered in favor of FEDERAL EXPRESS CORPORATION and against PERNELL EVANS.

**IT IS SO ORDERED.**

Dated: March 18, 2008

SUSAN ILLSTON
United States District Judge