United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD ALVARADO, et al.,

       Plaintiffs,

  v.

FEDERAL EXPRESS CORPORATION,

       Defendant.

                        /

No. C 04-0098 SI

**AMENDED JUDGMENT RE: EDWARD ALVARADO**

     Plaintiff Edward Alvarado's case came on for trial before the jury, the Honorable Susan Illston, presiding. The issues were tried before the Court, and the jury rendered a special verdict on September 5 and 6, 2006. By order filed March 18, 2008, the Court granted defendant's motion for a new trial unless plaintiff accepted remittitur of the damages award to $300,000. On March 31, 2008, plaintiff filed an affidavit accepting the remittitur.

     IT IS ORDERED AND ADJUDGED that pursuant to the jury's findings and the March 18, 2008 order, judgment shall be entered in favor of EDWARD ALVARADO in the amount of $300,000 and against FEDERAL EXPRESS CORPORATION.

     **IT IS SO ORDERED.**

Dated: April 1, 2008

_____
SUSAN ILLSTON
United States District Judge