Sanford Jay Rosen – 62566
Holly M. Baldwin – 191317
Kenneth M. Walczak – 247389
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
srosen@rbg-law.com
hbaldwin@rbg-law.com
kwalczak@rbg-law.com

Attorneys for Kay McKenzie Parker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD ALVARADO, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS,<br><br>　　　　Defendant. | Case No. C 04-0098 SI<br>Case No. C 04-0099 SI (White v. FedEx)<br><br>**[PROPOSED] ORDER GRANTING KAY MCKENZIE PARKER'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE OPPOSITION AFTER PLAINTIFFS EFFECTUATE SERVICE, OR IN THE ALTERNATIVE, TO STRIKE PLAINTIFFS' MOTION TO SEAL**<br><br>Civil L.R. 7-11, 6-3 |

1  Having reviewed the relevant pleadings, and good cause existing therefor, the Court
2  hereby GRANTS Kay McKenzie Parker's Administrative Motion For Leave to File Opposition
3  After Plaintiffs Effectuate Service, Or In the Alternative, To Strike Plaintiffs' Motion to Seal.

4  IT IS HEREBY ORDERED THAT:

5  ___ [Ms. Parker may file any opposition or support for Plaintiffs' Administrative
6  Motion for Leave to File Under Seal (Docket No. 1044), no later than three days
7  after following her receipt of service of Plaintiffs' Motion to Extinguish Liens,
8  and all documents in support thereof.]

9  [or]

10  ☒ [Plaintiffs' Administrative Motion for Leave to File Under Seal (Docket No.
11  1044) shall be struck from the record. It may be re-filed only if all papers,
12  including the underlying Motion to Extinguish Liens and all supporting
13  documents, are properly served with delivery of the documents to all parties on
14  the same day the Administrative Motion is filed.]

15  IT IS SO ORDERED.

18  DATED: _____    By: _____
       The Honorable Susan Illston
19     United States District Judge