IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al., | No. C 04-0098 SI |
| Plaintiffs, | **ORDER UNSEALING DOCKET NOS. 1033 & 1034** |
| v. | |
| FEDERAL EXPRESS CORPORATION, | |
| Defendant. | |

Plaintiffs have filed a letter requesting that the Court unseal Docket Nos. 1033 and 1034. The Court GRANTS the request and orders those documents unsealed.

**IT IS SO ORDERED.**

Dated: April 25, 2008

SUSAN ILLSTON
United States District Judge