```
Amitai Schwartz (CSB #55187)
Law Offices of Amitai Schwartz
Watergate Towers
2000 Powell Street, Suite 1286
Emeryville, CA 94608
Telephone:  (510) 597-1775
Facsimile:   (510) 597-0957

Attorney for Michael Davis
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al.<br><br>    Plaintiffs And Counterclaim Defendants,<br><br>GARY WHITE AND ALEX RIVERA,<br><br>    Plaintiff and Counterclaim Defendants<br><br>KAY PARKER, MICHAEL DAVIS, ANGELA ALIOTO, ANGELA ALIOTO PROFESSIONAL LAW CORPORATION, and BRUCE FUNK,<br><br>    Counter Defendants.<br><br>FEDEX CORPORATION, dba FEDEX EXPRESS,<br><br>    Defendant and Counter Plaintiff. | No. C04-0098 SI<br>No. C04-0099 SI<br><br>STIPULATION AND ORDER FOR DISBURSEMENT OF INTERPLEADED FUNDS TO LIENHOLDER MICHAEL S. DAVIS |

    IT IS STIPULATED, by and between Michael S. Davis, and plaintiffs and counterdefendants, Edward Alvarado, et al., by and through their attorney, Waukeen McCoy, that

    1.    Michael S. Davis has a valid lien under California law against the

No. C04-0098 SI
Stipulation and Order for Disbursement of
Interpleaded Funds to Lienholder
Michael S. Davis     1

1  proceeds of the settlements in this matter.

2    2. Subject to the approval of the Court, the clerk may disburse the
3  amount of forty-eight thousand dollars ($48,000) to Michael S. Davis out of the
4  interpleaded funds deposited by Defendant, FEDEX CORPORATION, dba
5  FEDEX EXPRESS.

6    3. Upon receipt of payment, the notice of lien previously filed in this
7  action by Michael S. Davis April 12, 2006 will be deemed to have been canceled
8  without further action of the parties or the Court.  Michael S. Davis agrees that
9  payment as specified in this Stipulation and Order fully satisfies any and all claims
10 and liens he has or may have for payment by plaintiffs, Alvarado, et al., their
11 attorney Waukeen McCoy, and defendant Fedex Corporation, including any claim
12 for an award of attorney's fees.

14   IT IS SO STIPULATED.

16 Dated: May 2, 2008   /s/ Amitai Schwartz
           Amitai Schwartz
17            Attorney for Michael S. Davis

19 Dated: May 1, 2008   /s/ Waukeen McCoy
           Waukeen McCoy
           Attorney for Plaintiffs,
20             Edward Alvarado, et al.

No. C04-0098 SI
Stipulation and Order for Disbursement of
Interpleaded Funds to Lienholder
Michael S. Davis  2

## ORDER

Pursuant to the foregoing Stipulation it is hereby ordered that the amount of $48,000 shall be paid to Michael S. Davis at the earliest practicable time from funds on deposit with the Clerk in this proceeding.

The Clerk is ordered to disburse the amount of $48,000 to Michael S. Davis out of the funds on deposit in this proceeding. Any further claim of lien by Michael S. Davis against said funds is void and unenforceable and any claim to interpleaded funds is denied, as moot.

IT IS SO ORDERED.

Dated: _____

Susan Illston
United States District Judge