BRUCE C. FUNK
(California State Bar #122340)
Attorney at Law
46 West Santa Clara Street
San Jose, California 95113
Telephone: (408) 280-6488

Attorney for Lienholder
CARLENE YOUNG

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FEDEX CORPORATION, a Delaware ) <br> Corporation dba FEDEX EXPRESS, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. C04-0098 SI <br> Case No. C04-0099 SI <br><br> **PROPOSED ORDER GRANTING CARLENE YOUNG'S MOTION TO FILE RESPONSE TO MOTION TO EXTINGUISH LIEN OUT OF TIME** <br><br> DATE: May 23, 2008 <br> TIME: 9:00 a.m. <br> COURTROOM: 10, 19th Floor <br> JUDGE: Hon. Susan Illston |

GOOD CAUSE APPEARING:

Lienholder Carlene Young's Motion to File a response to the motion to Extinguish Lien Out of Time is granted.

The Response may be filed on May 12, 2008.

IT IS SO ORDERED.

Dated: _____    _____
                              Susan Illston, United States District Judge