1  MATTHEW JOHN QUINLAN  #236507
   The Cartwright Law Firm, Inc.
2  222 Front St.
   San Francisco, CA, 94111
3  Telephone (415) 433-0444
   Fax (415) 433-0449
4

5  ATTORNEYS FOR WAUKEEN MCCOY

6

7              UNITED STATES DISTRICT COURT

8       IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 
   EDWARD ALVARADO, et. al.           )   Case No. 04-0098 SI
11                                     )
                     Plaintiffs        )   **[PROPOSED] ORDER GRANTING EX**
12 v.                                  )   **PARTE APPLICATION FOR**
                                       )   **EXTENSION OF TIME TO MOVE TO**
13 FEDEX CORPORATION,                  )   **MODIFY RECOMMENDATION OF**
                                       )   **SPECIAL MASTER**
14                   Defendants.       )
                                       )
15                                     )
                                       )
16 _____

17

18

19     This matter is before the Court on Ex Parte Application of Waukeen McCoy, filed June 9, 2008,

20 by and through his counsel of record herein.  Having reviewed the Application, the Memorandum of

21 Points and Authorities and the Declaration of Matthew John Quinlan in support, the Court finds that the

22 substitution of counsel filed on June 9, 2008, and the complexity of the matter justify an extension of

23 time within which to file an motion to modify the Special Master's Recommendation on Defendant's

24 and Plaintiff's Motion for Sanctions and On Defendant's [sic] Motion to Quash (Docket No. 1357).

25 GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that counsel Waukeen McCoy herein be

26

27                                    1

28

granted an extension through and including July 11, 2008 within which to file a motion to modify the Special Master's Recommendation and Order on Defendant's and Plaintiff's Motion for Sanctions and On Defendant's [sic] Motion to Quash, (Docket No. 1357).

SO ORDERED, this ___ day of June, 2008

_Susan Illston_

Hon. Susan Illston
Judge, District Court