WAUKEEN Q. McCOY, ESQ. (SBN: 168288)
LAW OFFICES OF WAUKEEN Q. McCOY
The Central Tower
703 Market St. Suite 1407
San Francisco, CA 94103
Telephone (415) 675-7705
Facsimile (415) 675-2530

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et. al.<br><br>               Plaintiffs<br>v.<br><br>FEDEX CORPORATION,<br><br>               Defendants. | Case No. 04-0098 SI<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN of the substitution of attorney Matthew John Quinlan, The Cartwright Law Firm, 222 Front St, San Francisco, CA, 94111, Phone Number (415) 433-0444, Fax Number (415) 433-0449, e-mail matt@cartwritghtlaw.com, as counsel for Waukeen McCoy, who was proceeding *pro se* with respect to the Petition of Attorneys Fees, and the sanctions motions associated therewith. Waukeen McCoy is the current attorney for Plaintiffs

1

matter and movant for attorney's fees and costs in this case.

The undersigned counsel certifies that he is admitted to practice in the United States District Court for the Northern District of California, and request to be substituted for service of all pleadings and papers on behalf of and as the representative for Waukeen McCoy with respect to the Petitions for Attorneys' Fees and the Motions for Sanctions Against Waukeen McCoy in this case.

Dated: June 9, 2008

THE CARTWRIGHT LAW FIRM, INC.

MATTHEW JOHN QUINLAN



IT IS SO ORDERED
Judge Susan Illston