MATTHEW JOHN QUINLAN #236507
The Cartwright Law Firm, Inc.
222 Front St., 5th Floor
San Francisco, CA, 94111
Telephone (415) 433-0444
Fax (415) 433-0449

Attorneys for Waukeen McCoy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EDWARD ALVARADO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FEDEX CORPORATION, a Delaware Corporation, dba FEDEX EXPRESS <br><br> Defendant. | Case No. C 04-0098 SI <br><br> **NOTICE OF APPEARANCE ON BEHALF OF WAUKEEN MCCOY** |

TO THE CLERK AND COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that Matthew J. Quinlan hereby enters his appearance on behalf of WAUKEEN MCCOY.

> Matthew J. Quinlan, Esq.
> THE CARTWRIGHT LAW FIRM, INC.
> 222 Front Street, 5th Floor
> San Francisco, CA 94111
> 415-433-0444
> 415-4330-0449 fax
> matt@cartwrightlaw.com

NOTICE OF APPEARANCE     1

Dated: June 17, 2008          THE CARTWRIGHT LAW FIRM, INC.


By:_____/s/ Matthew J. Quinlan_____
      Matthew J. Quinlan
      Attorneys for Waukeen McCoy



NOTICE OF APPEARANCE        2