IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD ALVARADO, *et al.*,

        Plaintiffs,

  v.

FEDERAL EXPRESS CORPORATION,

        Defendant.

      /

No. C 04-0098 SI

**ORDER DENYING DEFENDANT'S OBJECTIONS TO SPECIAL M ASTER'S ORDER REGARDING AMENDED TIME RECORDS**

Defendant has filed an "Objection" to the Special Master's Order Regarding Amended Time Records, and noticed the matter for a hearing on August 22, 2008. The Special Master's order permitted Mr. McCoy and Ms. Parker to file amended fee records in connection with the fee motions (Alvarado and Boswell) pending before the Special Master. To the extent that defendant contends that the Special Master erred by permitting the submission of amended fee records, the Court disagrees and finds that it was within the Special Master's authority to do so. To the extent that defendant raises specific objections about the content of the amended fee petitions, the Court finds these arguments premature and misplaced; once the amended fee petitions are filed, defendant may raise these arguments before the Special Master in the first instance, and then to this Court if necessary.

Accordingly, the Court DENIES defendant's objections (Docket No. 1190), without prejudice to renewing specific objections before the Special Master. The Court VACATES the August 22, 2008 hearing on the "Objection."

**IT IS SO ORDERED.**

Dated: August 4, 2008

                                          SUSAN ILLSTON
                                          United States District Judge