1 THE CARTWRIGHT LAW FIRM, INC.
MATTHEW J. QUINLAN, ESQ. (SBN: 236507)
2 222 Front Street, 5th Floor
San Francisco, CA 94111
3 Telephone: (415) 433-0444
Fax: (415) 433-0449
4
Attorneys for Plaintiffs
5 Tanda Brown, Bertha Duenas, Janice Lewis, Maria Munoz, Kevin Neely, Dyronn Theodore,
Lasonia Walker, and Alexander Rivera
6

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10
EDWARD ALVARADO, et al., ) Case No: C 04-0098 SI, No. C 04-0099 SI
11 )
Plaintiff, ) **[PROPOSED] ORDER SHORTENING**
12 ) **TIME FOR THE COURT TO HEAR**
vs. ) **ARGUMENT ON PLAINTIFFS' MOTION**
13 ) **FOR ADMINISTRATIVE RELIEF AND**
FEDERAL EXPRESS CORPORATION, ) **ORDER REQUIRING DEFENDANT**
14 ) **FEDEX TO FILE AN INTERPLEADER**
Defendants. ) **COMPLAINT PURSUANT TO FEDERAL**
15 ) **RULES OF CIVIL PROCEDURE 22**
)
16 )
)
17 )
) Judge: Hon. Susan Illston
18 )
)
19 )
)
20 )
)
21 )

**DENIED**
Judge Susan Illston

1

Being fully advised and good cause appearing, Plaintiffs' Application for Order Shortening Time for the Court to Hear Argument on Plaintiffs' Motion for Administrative Relief and Order Requiring Defendant FedEx to File an Interpleader Complaint Pursuant to Federal Rules of Civil Procedure 22, is HEREBY GRANTED, and the following briefing and hearing schedule is HEREBY ORDERED:

| | | |
|---|---|---|
| Response Brief | Tuesday, August 5, 2008 | |
| Reply Brief | Wednesday, August 6, 2008 | |
| Hearing Date | Friday, August 5, 2008 | 9:00 a.m. |

Plaintiff shall serve notice of this Order by personal service or facsimile.

SO ORDERED, this ____ day of August, 2008,         _____

                                                            Hon. Susan Illston