UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 8/22/08

Case No.   CR-07-0379 SI              Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- JORGE MAGANA-ALVARADO (C)(P)

Attorneys:  Frick          Kalar

Deputy Clerk: Tracy Sutton  Court Reporter: C. Kuhl

**PROCEEDINGS**

1)   Judgment & Sentence - HELD
2)
3)
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN       (  ) SUBMITTED
                                          PART

Case continued

Case continued to  **@ 11:00 a.m.**  for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:

FURTHER ORDERED:

Custody: 15 mos.
Sup. Release: 3 yrs w/special conditions
Sp. Ass: $100
no fine

(SPEEDY TRIAL DEADLINE AS OF TODAY: )