| | |
|---|---|
| 1 | FEDERAL EXPRESS CORPORATION |
| | Frederick L. Douglas (Admitted *Pro Hac Vice*) |
| 2 | David A. Billions (Admitted *Pro Hac Vice*) |
| | Barak J. Babcock (Admitted *Pro Hac Vice*) |
| 3 | 3620 Hacks Cross Road |
| | Building B, 3rd Floor |
| 4 | Memphis, Tennessee 38125-8800 |
| | Telephone: 901.434.8519 |
| 5 | Facsimile: 901.434.9271 |
| 6 | SEYFARTH SHAW LLP |
| | Gilmore F. Diekmann, Jr. (SBN 050400) |
| 7 | Patricia H. Cullison (SBN 101636) |
| | Francis J. Ortman, III (State Bar No.: 213202) |
| 8 | 560 Mission Street, Suite 3100 |
| | San Francisco, California 94105 |
| 9 | Telephone: 415.397.2823 |
| | Facsimile: 415.397.8549 |
| 10 | |
| 11 | Attorneys for Defendant |
| | FEDERAL EXPRESS CORPORATION, |
| | dba FEDEX EXPRESS (erroneously sued herein as |
| 12 | FedEx Corporation, dba FedEx Express) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, JOHN AZZAM, CHARLOTTE BOSWELL, TANDA BROWN, BERTHA DUENAS, PERNELL EVANS, CHARLES GIBBS, JANICE LEWIS, MARIA MUNOZ, KEVIN NEELY, LORE PAOGOFIE, DYRONN THEODORE, LASONIA WALKER and CHRISTOPHER WILKERSON, <br><br> Plaintiffs, <br><br> v. <br><br> FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS, <br><br> Defendant. | Case No. C04-0098 SI <br><br> **STIPULATED ORDER MOVING OCTOBER 10, 2008 HEARINGS TO NOVEMBER 7, 2008** <br><br> Judge: Hon. Susan Illston |

Defendant Federal Express Corporation ("FedEx") files this Proposed Stipulated Order and in support of such Order would show unto the Court the following:

STIPULATED ORDER MOVING OCTOBER 10, 2008 HEARINGS TO NOVEMBER 7, 2008, Case No. C04-0098 SI

1. The Court originally had scheduled argument in various Motions to be heard on Friday, August 22, 2008.

2. Attorney Matthew Quinlan requested via email that the Court move the August 22, 2008 Hearing to a later date due to scheduling conflicts for himself and attorney Waukeen McCoy.

3. Thereafter, the August 22nd hearings were moved to October 10, 2008.

4. On August 22, 2008 FedEx's counsel sent an email to Tracy Sutton requesting that the October 10, 2008 hearings be moved because of the Jewish Holiday (on October 9th) would make it difficult for one of FedEx's attorneys to appear in San Francisco on October 10, 2008.

5. Both Mr. Quinlan and Ms. Baldwin (attorney for Kay Parker) emailed Ms. Sutton informing her they do not object to FedEx's request for a continuance of the October 10, 2008 hearings.

6. By email, Ms. Sutton informed the Parties that the next available date would be November 7, 2008 and that if they wanted the October 10, 2008 hearings continued they should efile a stipulation and proposed order.

7. Counsel for Mr. McCoy (Mr. Quinlan) and Ms. Parker (Ms. Baldwin) still do not oppose FedEx's request and have authorized the Proposed Stipulated Order that is attached to this pleading.

WHEREFORE, FedEx respectfully requests that the Court continue the currently scheduled hearings in this matter (set for October 10, 2008) to November 7, 2008.

1

STIPULATED ORDER MOVING OCTOBER 10, 2008 HEARINGS TO NOVEMBER 7, 2008, Case No. C04-0098 SI

1  DATED: August 26, 2008.              FEDERAL EXPRESS CORPORATION

2

3                                        By:____/s/ Barak J. Babcock____
                                              Barak J. Babcock
4                                             Attorney for Defendant
                                              Federal Express Corporation
5

                                2

STIPULATED ORDER MOVING OCTOBER 10, 2008 HEARINGS TO NOVEMBER 7, 2008, Case No. C04-0098 SI

|     |     |     |
| --- | --- | --- |
| 1   | UNITED STATES DISTRICT COURT | |
| 2   | NORTHERN DISTRICT OF CALIFORNIA | |
| 3   | EDWARD ALVARADO, JOHN AZZAM, CHARLOTTE BOSWELL, TANDA BROWN, BERTHA DUENAS, PERNELL EVANS, CHARLES GIBBS, JANICE LEWIS, MARIA MUNOZ, KEVIN NEELY, LORE PAOGOFIE, DYRONN THEODORE, LASONIA WALKER and CHRISTOPHER WILKERSON, | Case No. C04-0098 SI **STIPULATED ORDER MOVING OCTOBER 10, 2008 HEARINGS TO NOVEMBER 7, 2008** Judge: Hon. Susan Illston |

Plaintiffs,

v.

FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS,

Defendant.

Upon the Stipulation of the parties in the above-captioned case, by and through their counsel, and this Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

The Hearings in this matter, which are currently scheduled for October 10, 2008, are hereby continued to 9:00 a.m. on November 7, 2008.

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

**Stipulation as to form and content:**

By:____/s/ Barak J. Babcock____
Barak J. Babcock
Federal Express Corporation
Attorneys for Defendant

3

STIPULATED ORDER MOVING OCTOBER 10, 2008 HEARINGS TO NOVEMBER 7, 2008, Case No. C04-0098 SI

1  By:____/s/ Matthew J. Quinlan____
   Matthew J. Quinlan
2  The Cartwright Law Firm
3  Attorneys for Waukeen McCoy

4

5  By:____/s/ Holly M. Baldwin_
   Holly M. Baldwin
6  Rosen, Bien & Galvan, LLP
7  Attorneys for Kay Parker

8

9  744871

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                              4

28  STIPULATED ORDER MOVING OCTOBER 10, 2008 HEARINGS TO NOVEMBER 7, 2008, Case No. C04-0098 SI