United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, *et al.*, | No. C 04-0098 SI |
| Plaintiffs, | **ORDER DIRECTING DEFENDANT TO FILE A TRUE AND CORRECT COPY OF ALL EXHIBITS TO BOLANOS DEPOSITION** |
| v. | |
| FEDERAL EXPRESS CORPORATION, | |
| Defendant. | |

The Court directs defendant to file no later than November 14, 2008, a true and correct copy of all of the exhibits to the deposition transcript of Aldon Bolanos (Docket No. 1198).

**IT IS SO ORDERED.**

Dated: November 7, 2008

SUSAN ILLSTON
United States District Judge