| | |
|---|---|
| 1 | WAUKEEN Q. McCOY (SBN: 168228) |
| 2 | LAW OFFICES OF WAUKEEN Q. McCOY<br>703 Market Street, Suite 1407 |
| 3 | San Francisco, California 94103<br>Telephone (415) 675-7705 |
| 4 | Facsimile (415) 675-2530 |
| 5 | Former Attorneys for Plaintiff Ed Alvarado |

**IT IS SO ORDERED**
*Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD ALVARADO, et al, | ) | Case No. C-04-0098 SI |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **NOTICE OF WITHDRAWAL OF** |
| v. | ) | **COUNSEL WAUKEEN McCOY FOR** |
| | ) | **PLAINTIFF ED ALVARADO AT THE** |
| | ) | **REQUEST OF ED ALVARADO** |
| FEDEX CORPORATION, a Delaware | ) | |
| corporation, dba FEDEX EXPRESS, | ) | |
| | ) | **HONORABLE SUSAN ILLSTON** |
| Defendant. | ) | |
| _____ | ) | |

Notice of Withdrawal

1

CASE NO. C04 – 0098 SI

Please take notice that the Law Firm of The Law Offices of Waukeen McCoy hereby withdraws from the above action as counsel for Edward Alvarado in any and all respects. Said withdrawal is at the instruction of Plaintiff Charlotte Boswell and her new Counsel of record Stephen M. Murphy and Gerald Clausen. McCoy has been instructed that Edward Alvarado has "appointed Gerald Clausen and [Stephen Murphy] as [her] sole representatives with authority to negotiate any settlement of [her] claims, including any settlement of statutory attorneys' fees. Mr. McCoy is thus not authorized to negotiate any settlement." *See*, Exhibit A attached hereto and incorporated herein by reference.

Stephen Murphy is located at 180 Montgomery Montgomery St., Ste. 940, San Francisco, CA 94104. Mr. Murphy's phone number is 415-986-1338; fax is (415) 986-1231. Mr. Murphy's email address is Smurphy@justice.com.

Gerald Clausen is located at 655 Montgomery Street, Ste. 1200, San Francisco, CA. Mr. Clausen's phone number is 415-391-4475. Mr. Clausen's fax no. is 415-296-7049. Mr. Clausen's email address is Clausenaw@aol.com.

Waukeen McCoy does not waive any rights to any fees, including but not limited to contingency fees and/or statutory attorneys fees.

/s/ Waukeen McCoy

DATED: November 10, 2008

_____
Waukeen McCoy

EXHIBIT A

RE: Alvarado/Boswell/Evans: Settlement Demands - Yahoo! Mail    Page 1 of 3

Case 3:04-cv-09008-SI Document 2340 Filed 11/10/2008 Page 4 of 4



### RE: Alvarado/Boswell/Evans: Settlement Demands

Thursday, November 6, 2008 9:28 AM

From: "Stephen M. Murphy" <smurphy@sick-leave.com>
To: "'Douglas, Frederick L.'" <frederick.douglas@fedex.com>, mccoylawsf@yahoo.com
Cc: clausen@appeals.com, clausenlaw@aol.com, smurphy@justice.com, Stephen_Liacouras@ca9.uscourts.gov

Mr. Douglas:
    Both Charlotte Boswell and Ed Alvarado have appointed Gerald Clausen and me as their sole representatives with authority to negotiate any settlement of their claims, including any settlement of statutory attorneys' fees. Mr. McCoy is thus not authorized to negotiate any settlement.
    All prior demands are hereby withdrawn.
    I will be in deposition until late today but available thereafter to discuss these cases with you.
Very truly yours,
Steve Murphy


STEPHEN M. MURPHY, ESQ.
LAW OFFICES OF STEPHEN M. MURPHY
180 Montgomery St., Ste. 940
San Francisco, CA 94104
PHONE: (415) 986-1338
FAX: (415) 986-1231
EMAIL: Smurphy@justice.com
www.stephenMmurphy.com