FILED
NOV 18 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>Defendant. | No. C 04-0098 SI<br><br>**ORDER DIRECTING PLAINTIFFS' ATTORNEY TO FILE ALL DOCUMENTS PRODUCED TO SPECIAL MASTER IN RESPONSE TO SPECIAL MASTER'S AUGUST 23, 2007 ORDER** |

The Court directs plaintiffs' attorney to file a true and correct and complete copy of all documents produced to the Special Master in response to the Special Master's August 23, 2007 order. Plaintiffs may file these documents under seal. If possible, plaintiffs shall file these documents prior to the November 7, 2008 hearing. If that is not possible, plaintiffs shall file these documents as soon as possible, and no later than November 14, 2008.

**IT IS SO ORDERED.**

Dated: November 5, 2008

SUSAN ILLSTON
United States District Judge