MATTHEW JOHN QUINLAN #236507
The Cartwright Law Firm, Inc.
222 Front St., 5th Floor
San Francisco, CA, 94111
Telephone (415) 433-0444
Fax (415) 433-0449

Attorney for Waukeen Q. McCoy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EDWARD ALVARADO, et al.,

    Plaintiffs,

vs.

FEDEX CORPORATION,

    Defendant.

Case No. C 04-0098 SI

**MOTION FOR ADMINISTRATIVE RELIEF FILED PURSUANT TO CIVIL LOCAL RULE 7-11 TO REMOVE INORRECTLY FILED DOCUMENT**

Before Special Master Edward W. Swanson

       Pursuant to Civil L.R. 7-11, interested nonparty Waukeen McCoy, by and through his undersigned counsel hereby files this Motion for Administrative Relief to Remove from the Electronic Court Filing ("ECF") docket Waukeen McCoy's Response to Kay McKenzie Parker's Objection to FedEx's Unwarranted Delaying of the Resolution of Her Attorney's Fees Petitions, and Request to Set Briefing Schedule and Waukeen McCoy's Declaration in Support Thereof (Docket Nos. 1260 and 1261). McCoy's counsel inadvertently filed the documents which were early drafts of the final documents to be filed. Upon discovery of this error, McCoy's counsel promptly notified the Court's ECF Support Desk via email. McCoy's counsel has also filed a corrected version of the document via the Court's ECF system.

0

| | | |
|---|---|---|
| Dated: December 29, 2008. | | ATTORNEYS FOR WAUKEEN MCCOY: |

\_\_\_\_/s/ Matthew Quinlan_____
MATTHEW JOHN QUINLAN, ESQ.

**IT IS SO ORDERED**

Dated: _____, 200

_____
Hon. Susan Illston

1