IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD ALVARADO, *et al.*,

    Plaintiffs,

  v.

FEDERAL EXPRESS CORPORATION,

    Defendant.
    /

No. C 04-0098 SI

**ORDER VACATING DOCKET NO. 1288 AND REFERRING DOCKET NO. 1283 TO SPECIAL MASTER FOR DECISION IN THE FIRST INSTANCE**

On February 2, 2009 the Court granted Mr. McCoy's motion to specially appear in proceedings before the Special Master. At the time the Court granted the motion, the Court was not aware of defendant's objection to that motion, which was also filed on February 2, 2009. The Court hereby VACATES Docket No. 1288. Because Mr. McCoy's motion pertains to proceedings before the Special Master, the Court finds it prudent to refer the motion (Docket No. 1283) to the Special Master for decision in the first instance.

**IT IS SO ORDERED.**

Dated: February __3__, 2009

                                            SUSAN ILLSTON
                                            United States District Judge