IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, *et al.*, <br><br>　　　　Plaintiffs, <br>　v. <br><br>FEDEX CORPORATION, *dba* FEDEX EXPRESS, <br><br>　　　　Defendant. <br>_____ / | No. C 04-0098 SI; No. C 04-0099 SI <br><br>**ORDER DIRECTING MR. McCOY TO PROVIDE SETTLEMENT PLAINTIFFS WITH NOTICE OF APRIL 23, 2009 HEARING AND TO PROVIDE COURT WITH LAST KNOWN ADDRESSES OF SETTLEMENT PLAINTIFFS** |

Defendant has filed an administrative motion requesting that the Court issue an order directing Mr. McCoy to provide the settlement plaintiffs with written notice of the April 23, 2009 hearing, or directing defendant to serve subpoenas on plaintiffs to secure their appearance at the hearing.

In the interest of ensuring that plaintiffs are informed about the April 23, 2009 hearing, the Court GRANTS defendant's motion (Docket No. 1316), and directs Mr. McCoy to provide the settlement plaintiffs (Tanda Brown, Bertha Duenas, Janice Lewis, Kevin Neely, Dyronn Theodore, Lasonia Walker, and Alexander Rivera) with written notice of the April 23, 2009 hearing. The written notice must inform plaintiffs that the Court will be holding a hearing on April 23, 2009 at 9:00 am to resolve all claims to the interpled funds, and that plaintiffs may attend the hearing and testify if they wish. Mr. McCoy shall provide such written notice no later than **March 6, 2009**, and shall file a proof of service with the Court on that date. The Court also directs Mr. McCoy to provide the Court, no later than **March 6, 2009**, the last known addresses and phone numbers of the settlement plaintiffs.

**IT IS SO ORDERED.**

Dated: March 3, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Susan Illston
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge