|   |   |
|---|---|
| 1 | WAUKEEN Q. McCOY, ESQ. (SBN: 168228) |
| 2 | LAW OFFICES OF WAUKEEN Q. McCOY<br>703 Market Street, Suite 1407 |
| 3 | San Francisco, California 94103<br>Telephone (415) 675-7705<br>Facsimile (415) 675-2530 |
| 4 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EDWARD ALVARADO, et. al. | Case No. C04-0098 SI |
|---|---|
| Plaintiffs, | **PLAINTIFFS' ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED MOTION (DKT 1326)** |
| vs. | |
| FEDEX CORPORATION, a Delaware Corporation, dba FEDEX EXPRESS, | |
| Defendants. | |

PLEASE TAKE NOTICE that Plaintiffs inadvertently filed Docket Number 1326. Pursuant to Civ. L.R. 7-11 Plaintiffs request that the Court grant the attached order removing the Motion to Seal (DKT 1326) that was filed in error.

Docket Number 1326 consists of an Administrative Motion to Seal and a Proposed Order. The Proposed Order contained an error. An Amended Motion to Seal and Proposed Order have been filed without the error. (DKT 1330)

WHEREFORE, Plaintiffs request that the Court grant the administrative relief and remove Doc. No. 1326.

DATED: March 9, 2009            LAW OFFICES OF WAUKEEN Q. MCCOY

By:    /s/ Waukeen Q. McCoy
WAUKEEN Q. MCCOY

1

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | |
| EDWARD ALVARADO, et. al.<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX CORPORATION, a Delaware Corporation, dba FEDEX EXPRESS,<br><br>Defendants. | Case No. C04-0098 SI<br><br>**ORDER REMOVING DOCKET NUMBER 1326**<br><br>**Hon. Susan Illston** |

### ORDER

Good cause having been shown it is hereby ORDERED that the Clerk of Court is directed to remove Docket Number 1326 from the Docket in this matter and it should not to be considered for any purposes.

_Susan Illston_
Honorable Susan Illston
U.S. District Court Judge