FEDERAL EXPRESS CORPORATION
Frederick L. Douglas (Admitted *Pro Hac Vice*)
David A. Billions (Admitted *Pro Hac Vice*)
Barak J. Babcock (Admitted *Pro Hac Vice*)
3620 Hacks Cross Road - Building B, 2nd Floor
Memphis, Tennessee  38125-8800
Telephone:  901.434.8562
Facsimile:  901.434.4523

SEYFARTH SHAW LLP
Gilmore F. Diekmann, Jr. (SBN 050400)
560 Mission Street, Suite 3100
San Francisco, California  94105
Telephone:  415.397.2823
Facsimile:  415.397.8549

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION,

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, JOHN AZZAM, CHARLOTTE BOSWELL, TANDA BROWN, BERTHA DUENAS, PERNELL EVANS, CHARLES GIBBS, JANICE LEWIS, MARIA MUNOZ, KEVIN NEELY, LORE PAOGOFIE, DYRONN THEODORE, LASONIA WALKER and CHRISTOPHER WILKERSON,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS,<br><br>Defendant. | Case No. C04-0098 SI<br><br>**DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL (1) PARKER'S *SATCHELL* TIME RECORDS, (2) PARKER'S TELEPHONE RECORDS, (3) PARKER'S PERSONAL COMPUTER RECORDS AND (4) CERTAIN PORTIONS OF THE PARTIES' PLEADINGS THAT REFERENCE THESE MATERIALS, INCLUDING (A) DECLARATION OF BARAK J. BABCOCK IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL DISCOVERY AND (B) DEFENDANT'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY**<br><br>Judge: Hon. Susan Illston |

Defendant, Federal Express Corporation, hereby moves the Court pursuant to Civil L.R. 7-11 and 79.5(b) to file under seal (1) Parker's *Satchell* time records, (2) Parker's telephone records, (3) Parker's personal computer records and (4) certain portions of the Parties' pleadings that reference these materials, including (A) Declaration of Barak J. Babcock in Support of Defendant's Motion to Compel Discovery and (B) Defendant's Reply Memorandum in Support of Its Motion to Compel Discovery. FedEx submits the following in support of its Motion:

1. The Special Master issued an Order (Docket No. 1378) directing FedEx to file Parker's *Satchell* time records under seal.

2. Additionally, in discovery, FedEx received Parker's telephone records and personal computer records, which Parker believes should be filed under seal.

3. The *Satchell* time records and Parker's telephone records and personal computer records are (or will be) discussed in future pleadings in this Court regarding Parker's fee petitions.

4. FedEx requests that the Court permit it to file under seal exhibits to the Declaration of Barak J. Babcock in Support of Defendant's Motion to Compel Discovery, which contain Parker's *Satchell* time records, telephone records and computer records.

5. FedEx further requests that the Court permit it to file the portion of Defendant's Reply Memorandum in Support of Its Motion to Compel Discovery, which directly quotes from the *Satchell* time records under seal.

6. Finally, FedEx requests that the Court issue an Order permitting the Parties to file portions of future pleadings, which directly quote Parker's *Satchell* time records, telephone records and/or computer records, under seal with the Court.

7. Should the Court grant the requested relief, FedEx will file "publicly" its pleadings and only redact the portions of the pleading that references Parker's *Satchell* time

1  records, telephone records and/or computer records.  FedEx will then file under seal a copy of
2  the non-redacted pleading.
3        For these reasons, FedEx respectfully requests that the Court issue an Order permitting
4  FedEx to file under seal (1) Parker's *Satchell* time records, (2) Parker's telephone records, (3)
5
6  Parker's personal computer records and (4) certain portions of the Parties' future pleadings that
7  directly quote these materials.
8
9  DATED:  April 15, 2009.                    FEDERAL EXPRESS CORPORATION
10
11                                          By:  /s/ Barak J. Babcock
                                                 Barak J. Babcock
12                                                  Attorneys for Defendant
                                                 Federal Express Corporation

772650

Defendant's Administrative Motion For Leave To File Under Seal (1) Parker's *Satchell* Time Records, (2) Parker's Telephone Records, (3) Parker's Personal Computer Records And (4) Certain Portions Of That Parties' Pleadings That Reference These Materials, Including (A) Declaration Of Barak J. Babcock In Support Of Defendant's Motion To Compel Discovery And (B) Defendant's Reply Memorandum In Support Of Its Motion To Compel Discovery, Case No. C04-0098 SI

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD ALVARADO, JOHN AZZAM, CHARLOTTE BOSWELL, TANDA BROWN, BERTHA DUENAS, PERNELL EVANS, CHARLES GIBBS, JANICE LEWIS, MARIA MUNOZ, KEVIN NEELY, LORE PAOGOFIE, DYRONN THEODORE, LASONIA WALKER and CHRISTOPHER WILKERSON,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS,<br><br>Defendant. | Case No. C04-0098 SI<br><br>**[PROPOSED] ORDER PERMITTING THE FILING OF PARKER'S *SATCHELL* TIME RECORDS, PARKER'S TELEPHONE RECORDS, AND PARKER'S COMPUTER RECORDS AND PORTIONS OF PLEADINGS THAT DISCUSS SUCH RECORDS UNDER SEAL**<br><br>Judge: Hon. Susan Illston |

Having reviewed the relevant pleadings, the Court GRANTS Defendant's Administrative Motion to seal (1) Parker's *Satchell* time records, (2) Parker's telephone records, (3) Parker's personal computer records and (4) certain portions of the Parties' future pleadings that reference these materials, including (A) the Declaration of Barak J. Babcock in Support of Defendant's Motion to Compel Discovery; and, (B) Defendant's Reply Memorandum in Support of Its Motion to Compel Discovery.

**IT IS HEREBY ORDERED** that (1) Parker's *Satchell* time records, (2) Parker's telephone records, and (3) Parker's personal computer records should be filed under seal.

**IT IS FURTHER ORDERED** that if the Parties should directly quote any of these materials in future pleadings that those portions of such pleadings should also be filed under seal.

_____
Honorable Susan Illston
U.S. District Court Judge