Sanford Jay Rosen – 62566
Holly M. Baldwin – 191317
Kenneth M. Walczak – 247389
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
srosen@rbg-law.com
hbaldwin@rbg-law.com
kwalczak@rbg-law.com

Attorneys for Kay McKenzie Parker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD ALVARADO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS, <br><br> Defendant. | Case No. C 04-0098 SI <br> Case No. C 04-0099 SI (White v. FedEx) <br><br> **[PROPOSED] ORDER GRANTING KAY MCKENZIE PARKER'S ADMINISTRATIVE MOTION TO FILE TIME RECORDS UNDER SEAL** <br><br> Civil L.R. 7-11, 79-5 |

1  Having reviewed the relevant pleadings, and good cause existing therefor, the Court hereby GRANTS Kay McKenzie Parker's Administrative Motion to File Time Records Under Seal.

IT IS HEREBY ORDERED THAT:

Kay McKenzie Parker's redacted, handwritten time records, lodged with the Court as Exhibit D to the Declaration of Kenneth M. Walczak in Support of Administrative Motion to File Time Records Under Seal, shall be filed under seal, in accordance with the provisions of Local Civil Rule 79-5.

IT IS SO ORDERED.

DATED: _____ By: _____
The Honorable Susan Illston
United States District Judge