Sanford Jay Rosen – 62566
Holly M. Baldwin – 191317
Kenneth M. Walczak – 247389
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
srosen@rbg-law.com
hbaldwin@rbg-law.com
kwalczak@rbg-law.com

Attorneys for Kay McKenzie Parker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD ALVARADO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS, <br><br> Defendant. | Case No. C 04-0098 SI <br> Case No. C 04-0099 SI (White v. FedEx) <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FILING KAY MCKENZIE PARKER'S REPLY IN SUPPORT OF BRIEF RE: APRIL 23, 2009 HEARING TO RESOLVE FINALLY THE FEDEX INTERPLEADER AND ALLOCATE REMAINING INTERPLEADER FUNDS** |

Due to the pre-planned absence of two of Ms. Parker's counsel and an unforeseen family obligation that has arisen for Ms. Parker's third counsel, the parties have agreed to extend by ten (10) calendar days the time for Ms. Parker to file her Reply in support of her Post-Hearing Brief.

Ms. Parker will file any such Reply no later than Thursday, June 11, 2009.

IT IS SO STIPULATED, BY AND THROUGH COUNSEL OF RECORD.

Dated: 5/27/09

_____
Attorneys for Kay McKenzie Parker

Dated: 5/27/09

_____
Attorneys for Waukeen Q. McCoy

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
The Honorable Susan Illston
United States District Judge

---

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FILING KAY MCKENZIE PARKER'S REPLY IN SUPPORT OF BRIEF RE: APRIL 23, 2009 HEARING, CASE NO.: C 04-0098/0099 SI