IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, *et al.*, | No. C 04-0098 SI, 04-0099 SI |
| Plaintiffs, | |
| v. | **ORDER RE: QUESTION ON DEFENDANT'S MOTION TO REJECT OR PARTIALLY REVERSE SPECIAL MASTER'S JULY 2, 2009 ORDER** |
| FEDEX CORPORATION, dba FEDEX EXPRESS, | |
| Defendant. | |

Defendant's motion to reverse or partially reject the Special Master's July 2, 2009 order is scheduled for a hearing on September 11, 2009. The Court directs counsel for Ms. Parker to file a statement no later than September 9 at 3:00 p.m. on the following question: has Ms. Parker produced to FedEx all of her billing records for *Satchell* for days on which Ms. Parker recorded time in both *Satchell* and *Alvarado*?

**IT IS SO ORDERED.**

Dated: September 8, 2009

SUSAN ILLSTON
United States District Judge