IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, *et al.*, | No. C 04-0098 SI; No. C 04-0099 SI |
| Plaintiffs, | **ORDER RE: MR. MCCOY'S NOVEMBER 10, 2009 LETTER** |
| v. | |
| FEDEX CORPORATION, dba FEDEX EXPRESS, | |
| Defendant. | |

The Court has received Mr. McCoy's letter dated November 10, 2009, stating his intention to file a petition for writ of mandamus regarding the pending motions related to the interplead settlement funds. The Court held an evidentiary hearing on these matters on April 23, 2009, and took testimony and documentary evidence. After the hearing, the parties filed supplemental briefs, and the briefing was completed on June 15, 2009. The Court informs the parties that it will rule on the pending motions regarding the interplead funds no later than December 18, 2009.

**IT IS SO ORDERED.**

Dated: November 13, 2009

SUSAN ILLSTON
United States District Judge