IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, *et al.*, | No. C 04-0098 SI |
| Plaintiffs, | Related Case No. 04-0099 SI |
| v. | **JUDGMENT** |
| FEDEX CORPORATION, | |
| Defendant. | |

Judgment is hereby entered in favor of defendant and against plaintiffs Maria Munoz, Christopher Wilkerson, Lore Paogofie, John Azzam and Charles Gibbs.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 18, 2009

SUSAN ILLSTON
United States District Judge