IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, *et al.*, | No. C 04-0098 SI; C 04-0099 SI |
| Plaintiffs, | **ERRATA RE: ORDER RE: DISBURSEMENT OF INTERPLED FUNDS** |
| v. | |
| FEDEX CORPORATION, | |
| Defendant. | |

The Court corrects and amends the Order Re: Disbursement of Funds (Docket No. 1499) as follows: the amount to be disbursed to Waukeen McCoy is $259,684.04, and accrued interest, and the amount to be disbursed to Mr. McCoy's judgment creditor, Angela Alioto, is $26,837.46.

The Court's Order Re: Disbursement of Funds incorrectly stated that Mr. McCoy's disbursement was $291,236.34; however, that figure did not account for the $25,000 withheld to pay the sanctions imposed by this Court's March 19, 2009 order, should that order be affirmed on appeal. In addition, the $291,236.34 amount did not account for $6,552.30 in interest to be paid to Mr. McCoy's judgment creditor, Angela Alioto, on the two judgments that are the basis of her judgment lien. *See* Cal. Code Civ. Proc. §§ 685.010, 685.020; Docket No. 1502.

**IT IS SO ORDERED.**

Dated: December 23, 2009

SUSAN ILLSTON
United States District Judge