IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>FEDEX CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 04-0098 SI; C 04-0099 SI<br><br>**ORDER RELEASING FUNDS TO MR. McCOY** |

In accordance with the July 23, 2010 case management conference and this Court's April 6, 2010 order, the Court directs the Clerk to disburse $25,195.73 to Mr. McCoy. The balance of the reserved funds that were addressed in the April 6, 2010 order shall be the subject of a separate order.

**IT IS SO ORDERED.**

Dated: July 29, 2010

                                              SUSAN ILLSTON
                                              United States District Judge