IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, *et al.*, | No. C 04-0098 SI; C 04-0099 SI |
| Plaintiffs, | **ORDER REMANDING BILLING MATTER TO SPECIAL MASTER** |
| v. | |
| FEDEX CORPORATION, | |
| Defendant. | |

In an order filed July 30, 2010, the Court remanded a billing matter to the Special Master. The Court has reviewed the Special Master's response, as well as the filings by Mr. McCoy and FedEx. Mr. McCoy asserts that the Special Master cannot, as a billing matter, apportion the fees related to the sanctions motion to Mr. McCoy personally, as opposed to his clients, because Mr. McCoy was not a "party." From the Court's review of the docket, it does not appear that Mr. McCoy previously raised this argument with the Special Master, and thus the Special Master has not had the opportunity to consider this contention.

The Court finds it appropriate to again remand this matter to the Special Master for his consideration in the first instance. After the Special Master issues a statement on this issue, the parties may file responses within 5 days of the Special Master's statement. The Court will then issue an order on the matter.

**IT IS SO ORDERED.**

Dated: August 25, 2010

SUSAN ILLSTON
United States District Judge