JONATHAN R. BASS (State Bar No. 75779)
MARIO A. MOYA (State Bar No. 262059)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California  94111-4213
Telephone:  415.391.4800
Facsimile:  415.989.1663
Email:     ef-jrb@cpdb.com,
           ef-mam@cpdb.com

Attorneys for WAUKEEN Q. McCOY

(additional counsel on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDEX CORPORATION d/b/a/ FEDEX EXPRESS,<br><br>    Defendant. | Case No. C 04-0098-SI; 04-0099-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING DATE ON MOTION FOR LEAVE TO FILE AMENDED FEE PETITION PURSUANT TO LOCAL RULE 7-7(a)**<br><br>Hearing Date: December 16, 2010<br>Time:          9:00 a.m.<br>Courtroom:   10 (19th Floor)<br>Judge:         Honorable Susan Illston |

13676.002.1532643v1                                              No. C 04-0098-SI; 04-0099-SI

**STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING DATE ON MOTION FOR LEAVE TO FILE AMENDED FEE PETITION PURSUANT TO LOCAL RULE 7-7(a)**

**STIPULATION**

Pursuant to Civil Local Rule 7-7(a), former plaintiffs' counsel, Waukeen Q. McCoy, and Defendant Federal Express Corporation ("FedEx"), by and through their respective counsel of record, stipulate and agree as follows:

A.  On July 29, 2010, the Court entered an order setting for hearing on December 16, 2010 Mr. McCoy's motion for leave to file an amended fee petition (Dkt. No. 1578);

B.  The Court's briefing schedule sets the due dates for the motion, opposition and reply to be September 24, 2010, October 29, 2010 and Nov. 12, 2010, respectively;

C.  Mr. McCoy and FedEx are currently scheduled to participate in a mediation on September 10, 2010 that may need eliminate the need for said motion;

D.  Mr. McCoy and FedEx have therefore agreed to jointly request a postponement of the December 16, 2010 hearing and a 30-day extension of time on their respective briefing deadlines on Mr. McCoy's motion for leave to file an amended fee petition;

E.  Postponing the hearing will not alter any other Court dates set in this matter.

NOW, THEREFORE, THE PARTIES AGREE AND STIPULATE as follows:

1.  The filing deadline for Mr. McCoy's motion for leave to file an amended fee petition shall be October 25, 2010.

2.  The filing deadline for FedEx's opposition to Mr. McCoy's motion for leave to file an amended fee petition shall be November 29, 2010.

3.  The filing deadline for Mr. McCoy's reply to FedEx's opposition shall be December 13, 2010.

4.  The hearing date on Mr. McCoy's motion for leave to file an amended fee petition shall be on a date established by the Court on or after January ___, 2011.

13676.002.1532643v1　　　　　1　　　　　No. C 04-0098-SI; 04-0099-SI

STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING DATE ON MOTION FOR LEAVE TO FILE AMENDED FEE PETITION PURSUANT TO LOCAL RULE 7-7(a)

**IT IS SO STIPULATED.**

DATED: August 30, 2010                COBLENTZ, PATCH, DUFFY & BASS LLP

                                By:  */s/ Mario A. Moya*
                                     Mario A. Moya
                                     Attorneys for WAUKEEN Q. McCOY

DATED: August 30, 2010                FEDERAL EXPRESS CORPORATION

                                By:  */s/ Frederick L. Douglas*
                                     Frederick L. Douglas
                                     Attorneys for Defendant
                                     FEDERAL EXPRESS CORPORATION

### ORDER

The hearing date on Mr. McCoy's motion for leave to file an amended fee petition is re-set to __Jan. 21__, 2011. The respective deadlines for the motion, opposition, and reply are hereby reset as set forth above.

**IT IS SO ORDERED**

DATED: _____, 2010

*[signature: Susan Illston]*

Hon. Susan Illston
United States District Judge
Northern District of California

---

13676.002.1532643v1                          1                    No. C 04-0098-SI; 04-0099-SI

**STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING DATE ON MOTION FOR LEAVE TO FILE AMENDED FEE PETITION PURSUANT TO LOCAL RULE 7-7(a)**

ATTESTATION PER GENERAL ORDER 45, § X.B.

I hereby attest that Frederick L. Douglas, counsel for Defendant, concurs in the filing of this document, and that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DATED: August 30, 2010           COBLENTZ, PATCH, DUFFY & BASS LLP


By:  /s/ Mario A. Moya
     Mario A. Moya
     Attorneys for WAUKEEN Q. McCOY

13676.002.1532643v1                    2                    No. C 04-0098-SI; 04-0099-SI

**STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING DATE ON MOTION FOR LEAVE TO FILE AMENDED FEE PETITION PURSUANT TO LOCAL RULE 7-7(a)**