Frederick Douglas
(Admitted Pro Hac Vice)
David A. Billions
(Admitted Pro Hac Vice)
Barak A. Babcock
(Admitted Pro Hac Vice)
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, Tennessee  38125
Telephone:    901/434-8519
Facsimile:    901/434-9271

SEYFARTH SHAW LLP
Gilmore F. Diekmann, Jr. (SBN 050400)
560 Mission Street
San Francisco, California 94105
Telephone:    415/397-2823
Facsimile:    415/397-8549

Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, JOHN AZZAM, CHARLOTTE BOSWELL, TANDA BROWN, BERTHA DUENAS, PERNELL EVANS, CHARLES GIBBS, JANICE LEWIS, MARIA MUNOZ, KEVIN NEELY, LORE PAOGOFIE, DYRONN THEODORE, LASONIA WALKER and CHRISTOPHER WILKERSON,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS,<br><br>　　　　　Defendant. | Case No. C04-0098 SI<br><br>Case No. C04-0099 SI<br><br>**STIPULATION TO EXCEED PAGE LIMIT FOR PARTIES' BRIEFING OF OBJECTIONS TO SPECIAL MASTER'S 10/12/10 ORDERS**<br><br>**Judge:  Hon. Susan Illston** |

Stipulation To Exceed Page Limit For FedEx's Briefing of Objections to Special Master's Orders (Docket No. 1619), Case Nos. C04-0098 SI and C04-0099 SI

By and through undersigned counsel, Kay McKenzie Parker and Federal Express Corporation, stipulate that FedEx may file a Memorandum of Law, addressing the Special Master's October 12, 2010 Orders, not to exceed 40 pages exclusive of attachments and/or exhibits.

DATED: December 6, 2010                FEDERAL EXPRESS CORPORATION

                                                        By    /s/    Barak J. Babcock
                                                                Barak J. Babcock

DATED: December 6, 2010                KAY McKENZIE PARKER

                                                        By    /s/    Sanford J. Rosen
                                                             Sanford J. Rosen

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                                                          _____
                                                         Honorable Susan Illston
                                                         U.S. District Court Judge

Stipulation To Exceed Page Limit For FedEx's Briefing of Objections to Special Master's 10/12/10 Order s, Case Nos. C04-0098 SI and C04-0099 SI