IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, *et al.*, | No. C 09-485 SI |
| Plaintiffs, | Related Case Nos. C 04-0098 SI and C 04-0099 SI |
| v. | **NOTICE RE FILING ERROR** |
| WAUKEEN McCOY, *et al.*, | |
| Defendants.   / | |

The ORDER CLARIFYING THE COURT'S 9/27/10 ORDER RESOLVING DECLARATORY RELIEF MOTIONS filed on this date was filed prematurely, since the hearing has been moved to January 21, 2010. That Order should be disregarded, and any party wishing to oppose the motion may do so in the ordinary course.

**IT IS SO ORDERED.**

Dated: December 14, 2010

SUSAN HILLSTON
United States District Judge