SANFORD JAY ROSEN – 62566
ERNEST GALVAN – 196065
HOLLY M. BALDWIN – 191317
KENNETH M. WALCZAK – 247389
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, 10th Floor
San Francisco, California  94104-1823
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
kwalczak@rbg-law.com

Attorneys for KAY McKENZIE PARKER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD ALVARADO, et al.<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS,<br><br>Defendant. | Case No. C 04-0098 SI<br>Case No. C 04-0099 SI (White v. FedEx)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO EXCEED PAGE LIMIT FOR PARKER'S RESPONSE TO OBJECTIONS TO SPECIAL MASTER'S 10/12/10 ORDER (DOCKET NO. 1619)** |

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO EXCEED PAGE LIMIT FOR PARKER'S RESPONSE TO OBJECTIONS TO SPECIAL MASTER'S 10/12/10 ORDER (DOCKET NO. 1619) – NO. C 04-0098/0099 SI

[451908-1]

By and through undersigned counsel, Kay McKenzie Parker and Federal Express Corporation stipulate that Ms. Parker may file a brief addressing the Special Master's 10/12/2010 Order (Docket No. 1619) not to exceed 40 pages exclusive of attachments and/or exhibits.

| | |
|---|---|
| DATED: December 14, 2010 | Respectfully submitted, |
| | ROSEN, BIEN & GALVAN, LLP |
| | By: /s/ Ernest Galvan |
| | Ernest Galvan |
| | Attorneys for |
| | KAY McKENZIE PARKER |
| DATED: December 14, 2010 | FEDERAL EXPRESS CORPORATION |
| | By /s/ Barak J. Babcock |
| | Barak J. Babcock |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____      _____
Honorable Susan Illston
U.S. District Court Judge

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO EXCEED PAGE LIMIT FOR PARKER'S RESPONSE TO OBJECTIONS TO SPECIAL MASTER'S 10/12/10 ORDER (DOCKET NO. 1619) – NO. C 04-0098/0099 SI

[451908-1]