MARIO A. MOYA (SBN 262059)
CLARENCE & DYER LLP
899 Ellis St.
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile:  (415) 749-1694
Email: mmoya@clarencedyer.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al., | Case No. C 04-0098-SI; 04-0099-SI |
| Plaintiffs, | |
| v. | **REQUEST FOR DISCONTINUANCE OF NOTICE TO MARIO A. MOYA AND [PROPOSED] ORDER** |
| FEDEX CORPORATION d/b/a/ FEDEX EXPRESS, | |
| Defendant. | |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney, Mario A. Moya, Esq., is no longer an employee of Coblentz, Patch, Duffy & Bass LLP and no longer represents Waukeen Q. McCoy in this action.  Jonathan R. Bass and Coblentz, Patch, Duffy & Bass LLP remain counsel of record for Mr. McCoy.  Mr. McCoy has been previously advised of Mr. Moya's change in employment and withdrawal from representation.

Accordingly, the undersigned counsel hereby requests that the parties and the Court remove Mr. Moya from their notice lists for the above-captioned case, and that the Court execute the Proposed Order below.

Dated: January 26, 2011                                    Respectfully submitted,


                                                           */s/ Mario A. Moya*
                                                           MARIO A. MOYA, ESQ.

---

**[PROPOSED] ORDER**

Good cause having been shown, the Court hereby GRANTS the request that the parties and the Court remove Mr. Moya from their notice lists for the above-captioned case.

Dated: _____

_____
Hon. Susan Y. Illston
United States District Judge
Northern District of California