IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, *et al.*, | No. C 04-0098 SI, No. C 04-0099 SI, C 09-485 SI |
| Plaintiffs, | |
| v. | **FURTHER ORDER RE: DISBURSEMENTS TO WAUKEEN McCOY, CHARLOTTE BOSWELL, AND EDWARD SWANSON** |
| FEDERAL EXPRESS CORPORATION, | |
| Defendant. | |

On February 4, 2011, the Court issued an order which, among many other things, ordered the Clerk to disburse $195.73 to Waukeen McCoy. Docket No. 1681. This portion of the order was in error, as the Court had already ordered the Clerk to disburse these funds to Mr. McCoy. *See* Docket Nos. 1545 & 1579 (disbursing a total of $25,195.73 to Mr. McCoy). However, the Clerk has informed the Court that the previously disbursed funds did not include accrued interest. The Court orders the Clerk to disburse to Mr. McCoy the interest that accrued on the $25,195.73.

As provided in the February 4, 2011 order, the Clerk shall also disburse 50% of Charlotte Boswell's interpled jury award ($656,609.69)[1] to Ms. Boswell, and the Clerk shall disburse $23,804.27, plus accrued interest, to Edward Swanson.

**IT IS SO ORDERED.**

Dated: March 3, 2011

SUSAN ILLSTON
United States District Judge

---

[1] Ms. Boswell's jury award was $550,000. The interpled amount includes interest that has accrued.