FILED

UNITED STATES COURT OF APPEALS

FEB 16 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: WAUKEEN Q. MCCOY. | No. 11-70491 |
| | D.C. No. 3:04-cv-00098-SI |
| EDWARD ALVARADO; et al., | Northern District of California, San Francisco |
| Plaintiffs, | |
| and | ORDER |
| WAUKEEN Q. MCCOY, | |
| Petitioner, | |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO, | |
| Respondent, | |
| FEDEX CORPORATION, a Delaware Corporation, d/b/a Fedex Express, | |
| Real Party in Interest. | |

Before: CANBY, LEAVY, and SILVERMAN, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of

this court by means of the extraordinary remedy of mandamus. *See Bauman v.*

jp/MOATT

*United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

The Clerk shall amend the docket in accordance with the caption set forth above.

No motions for reconsideration, modification, or clarification of this order shall be filed or entertained.

jp/MOATT