1 LAW OFFICES OF STEPHEN M. MURPHY
STEPHEN M. MURPHY (No. 103768)
2 JEREMY A. GRAHAM (No. 234166)
180 Montgomery Street, Suite 940
3 San Francisco, CA 94104
Tel:    (415) 986-1338
4 Fax:   (415) 986-1231

5 LAW OFFICE OF GERALD CLAUSEN
GERALD CLAUSEN (No. 99483)
6 44 Montgomery Street, Suite 3340
San Francisco, CA 94111
7 Tel:    (415) 391-4475
Fax:   (415) 296-7049
8
Attorneys for Plaintiffs
9 CHARLOTTE BOSWELL

10

UNITED STATES DISTRICT COURT FOR THE

11

NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| EDWARD ALVARADO, et al. ) | NO.   CV 04-0098 SI |
| ) | |
| Plaintiffs, ) | |
| ) | [~~RROPOSED~~] **ORDER GRANTING** |
| ) | **CONTINUANCE OF CASE** |
| v. ) | **MANAGEMENT CONFERENCE** |
| ) | |
| ) | |
| ) | Date:         May 27, 2011 |
| ) | Time:         3:30 p.m. |
| FEDEX CORPORATION, a Delaware ) | Courtroom:  10, 19th Floor |
| corporation, dba FEDEX EXPRESS, ) | Judge:        Hon. Susan Illston |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____ ) | |

[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. CV 04-0098 SI

1    The parties having submitted a Joint Case Management Conference Statement
2 requesting a continuance of the Case Management Conference currently scheduled for
3 May 27, 2011 at 3:30 p.m. to a date after the Court has ruled on the issue of Waukeen
4 McCoy's and Kay Parker's entitlement to statutory and contingency fees, the Court
5 hereby GRANTS that request and continues the current Case Management Conference
6 to __July 1__, 2011 at _3 p.m._____.

Dated: May 26, 2011

_____
Hon. Susan Y. Illston
United States District Judge
Northern District of California