IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD ALVARADO, et al.<br><br>  Plaintiffs,<br><br>v.<br><br>FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS,<br><br>  Defendant. | Case No. C 04-0098 SI<br>Case No. C 04-0099 SI (White v. FedEx)<br><br>JOINT CASE MANAGEMENT CONFERENCE STATEMENT OF CHARLOTTE BOSWELL AND FEDERAL EXPRESS CORP.<br><br>ORDER |

Having reviewed the parties' JOINT CASE MANAGEMENT STATEMENT (Doc. No. 1742), the Court hereby GRANTS the parties' request to continue the Case Management Conference currently scheduled for July 1, 2011 at 3:30 p.m.

IT IS HEREBY ORDERED THAT:

A Case Management Conference in this matter is scheduled for __August 12, 2011__, ___, 2011, at 3:30 p.m.

IT IS SO ORDERED.

Dated: ____6/29/11____

_[signature: Susan Illston]_

Honorable Susan Illston
U.S. District Court Judge