IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD ALVARADO, *et al.*,

        Plaintiffs,

  v.

FEDERAL EXPRESS CORPORATION,

        Defendant.

                                        /

No. C 04-0098 SI, No. C 04-0099 SI, C 09-485 SI

**ORDER TO SHOW CAUSE RE: CLAIMS TO INTERPLED FUNDS (BOSWELL AND ALVARADO'S JURY AWARDS)**

The Court currently retains 50% of plaintiff Edward Alvarado's and plaintiff Charlotte Boswell's respective jury awards in interpleader. Now that the Court has ruled on the statutory fee petitions filed by Parker and McCoy, the Court finds it appropriate to set an expeditious schedule to resolve any claims to the interpled funds so those funds can be released to Mr. Alvarado and Ms. Boswell.

Accordingly, any person aside from Mr. Alvarado or Ms. Boswell who claims an interest in the interpled funds is hereby ORDERED TO SHOW CAUSE why any portion of the interpled funds should be released to him or her by filing a claim in writing no later than **October 28, 2011**. Plaintiffs may file a response no later than **November 14, 2011**, and replies may be filed no later than **November 21, 2011**. The Court will hold a hearing on the matter on **December 9, 2011** at **9:00 am.**

If there are no claims filed by October 28, 2011, the Court will issue an order at that time directing the Clerk to release the funds to plaintiffs Alvarado and Boswell.

**IT IS SO ORDERED.**

Dated: October 12, 2011

                                                           SUSAN ILLSTON
                                                           United States District Judge