| | |
|---|---|
| Stephen M. Murphy – 103768<br>P.Bobby Shukla – 229736<br>LAW OFFICES OF STEPHEN M. MURPHY<br>180 Montgomery Street, Suite 940<br>San Francisco, CA 94104<br>Telephone: (415) 986-1338<br>Facsimile: (415) 986-1231 | Frederick Douglas<br>(Admitted Pro Hac Vice)<br>FEDERAL EXPRESS CORPORATION<br>3620 Hacks Cross Road<br>Building B, 3rd Floor<br>Memphis, Tennessee 38125<br>Telephone: 901/434-8519<br>Facsimile: 901/434-9271 |
| Gerald Clausen – 99483<br>LAW OFFICE OF GERALD CLAUSEN<br>44 Montgomery Street, Suite 3340<br>San Francisco, CA 94104<br>Telephone: (415) 391-4475<br>Facsimile: (415) 296-7049 | SEYFARTH SHAW LLP<br>Gilmore F. Diekmann, Jr. (SBN 050400)<br>Francis J. Ortman, III (SBN 213202)<br>560 Mission Street<br>San Francisco, California 94105<br>Telephone: 415/397-2823<br>Facsimile: 415/397-8549 |
| Attorneys for Plaintiffs<br>CHARLOTTE BOSWELL | Attorneys for Defendant<br>FEDERAL EXPRESS CORP. |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, et al.<br><br>      Plaintiffs,<br><br>  v.<br><br>FEDEX CORPORATION, a Delaware corporation, dba FEDEX EXPRESS,<br><br>      Defendant. | Case No. C 04-0098 SI<br><br>STIPULATION TO CHANGE SETTLEMENT CONFERENCE DATE<br><br>~~[PROPOSED]~~ ORDER<br><br>Judge: Hon. Elizabeth Laporte |

**TO THE ABOVE-ENTITLED COURT:**

Defendant Federal Express Corp. ("Defendant") and Charlotte Boswell ("Plaintiff") hereby agree and stipulate as follows:

WHEREAS the Settlement Conference in this matter is currently set for December 1, 2011;

WHEREAS lead counsel for Plaintiff has a pre-planned vacation the first week of December;

WHEREAS the next date that Magistrate Judge Laporte and counsel are available for a Settlement Conference is January 11, 2011;

THEREFORE, the parties request that the Settlement Conference be rescheduled to January 11, 2012.

**SO STIPULATED.**

Dated: November 16, 2011          FEDERAL EXPRESS CORPORATION

                                              By:   /s/ Frederick Douglas
                                                   FREDERICK DOUGLAS
                                                 Attorney for Defendant
                                                 FEDERAL EXPRESS CORP.

Dated: November 16, 2011          LAW OFFICES OF STEPHEN M. MURPHY

                                              By:   /s/Stephen M. Murphy
                                                 STEPHEN M. MURPHY
                                                 Attorney for Plaintiff
                                                 CHARLOTTE BOSWELL

**ORDER**

Based upon the foregoing Stipulation and good cause appearing therefore,

IT IS HEREBY ORDERED that the Settlement Conference currently scheduled for December 1, 2011 be changed to January 11, 2012 beginning at 1:00 p.m.

**IT IS SO ORDERED.**

Dated: ___November 17___, 2011

                                                     Honorable Elizabeth Laporte

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, STEPHEN M. MURPHY, hereby declare as follows:

I am one of the attorneys for Plaintiff Charlotte Boswell in this action and am duly licensed to practice law in the State of California and in the U.S. District Court for the Northern District of California.

I hereby attest that concurrence of Frederick Douglas, attorney for Defendant Federal Express Corp. has been obtained in the filing of this Stipulation to Change Settlement Conference Date.

I declare under the penalty of perjury under the laws of the Untied States of America that the foregoing is true and correct and, if called as a witness, I could testify competently thereto.

Executed at San Francisco, California, this 16th day of November, 2011.

 /s/ Stephen M. Murphy

STEPHEN M. MURPHY