IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, *et al.*, | No. C 04-0098 SI, No. C 04-0099 SI |
|     Plaintiffs, | **ORDER GRANTING FEDEX'S MOTION TO STAY ENFORCEMENT OF THE COURT'S ORDER REGARDING ATTORNEYS' FEE PETITIONS FILED BY PARKER AND McCOY** |
|   v. | |
| FEDERAL EXPRESS CORPORATION, | |
|     Defendant. | |

    The Court GRANTS FedEx's motion to stay enforcement of the Court's orders regarding the attorneys' fees petitions filed by Ms. Parker and Mr. McCoy as follows:

    (1) Enforcement of the orders with respect to the fees awarded to Ms. Parker and her counsel is STAYED until 14 days after the expiration of the time to file an appeal or until final disposition of the matter after an appeal to the Ninth Circuit. If no appeal is filed by Ms. Parker, her counsel, or FedEx, FedEx shall make arrangements to expeditiously pay Ms. Parker and her counsel. If an appeal is filed, FedEx shall file with the Court a supersedeas bond for the total amount awarded to Ms. Parker and her counsel as set forth in the Court's Order Granting in Part and Denying in Part the motion to alter or amend.

    (2) Enforcement of the orders with respect to the fees awarded to Mr. McCoy and his counsel is STAYED until 14 days after the expiration of the time to file an appeal or until final disposition of the matter after an appeal to the Ninth Circuit. If no appeal is filed by Mr. McCoy, his counsel or FedEx, FedEx shall promptly file a motion for an interpleader, as there are several liens that have been filed against Mr. McCoy's award that must be resolved prior to distributing the statutory fee award. If

an appeal is filed, FedEx shall file with the Court a supersedeas bond for the total amount awarded to Mr. McCoy and his counsel as set forth in the Court's September 30, 2011 order.

**IT IS SO ORDERED.**

Dated: December 19, 2011

SUSAN ILLSTON
United States District Judge