IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD ALVARADO, *et al.*,

    Plaintiffs,

  v.

FEDERAL EXPRESS CORPORATION,

    Defendant.
                                     /

No. C 04-0098 SI, No. C 04-0099 SI

**ORDER AMENDING ORDER DIRECTING CLERK TO DISBURSE INTERPLED FUNDS TO EDWARD ALVARADO AND CHARLOTTE BOSWELL**

    In an order filed December 19, 2011, the Court directed the Clerk of the Court to immediately disburse the previously interpled funds ($178,246.03 plus accrued interest for Mr. Alvarado, and $328,304.85 plus accrued interest for Ms. Boswell). The Court has been informed by the Clerk that the Court's registry shows a total of $506,550.86 which is a discrepancy of $0.02 cents from the total amount in the December 19, 2011 order. The Court hereby AMENDS page 3, lines 5-8 of the December 19, 2011 order as follows:

    The Clerk shall immediately disburse the previously interpled funds ($178,246.02 plus accrued interest for Mr. Alvarado, and $328,304.84 plus accrued interest for Ms. Boswell). The Clerk shall issue two checks as follows: (1) Edward Alvarado and his attorney Stephen M. Murphy and (2) Charlotte Boswell and her attorney Stephen M. Murphy.

    **IT IS SO ORDERED.**

Dated: January __4__, 2012

                                                        SUSAN ILLSTON
                                                        United States District Judge