IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ALVARADO, *et al.*, | No. C 04-0098 SI, No. C 04-0099 SI |
| Plaintiffs, | **ORDER RE: CHARLOTTE BOSWELL'S FEBRUARY 21, 2012 FILING** |
| v. | |
| FEDERAL EXPRESS CORPORATION, | |
| Defendant. | |

On February 21, 2012, plaintiff Charlotte Boswell filed a request for a status conference stating that a dispute between plaintiff and her former attorneys Stephen Murphy and Jerry Clausen regarding attorneys' fees will be submitted to the State Bar's Fee Arbitration Program, and that plaintiff's settlement of the punitive damages portion of the case has been paid.

Based upon these representations, the Court finds that a status conference is unnecessary. The Ninth Circuit affirmed plaintiff Boswell's compensatory damages award, and reversed and remanded only with regard to the punitive damages award. Plaintiff Boswell's punitive damages claim has now been settled. Dismissals or judgments have been entered with regard to all other plaintiffs, and the litigation in this Court regarding attorneys' fees has been completed. Accordingly, the Court directs plaintiff to file a dismissal of her claims, and once the dismissal is filed, the Clerk shall close this case.

**IT IS SO ORDERED.**

Dated: February 22, 2012

SUSAN ILLSTON
United States District Judge